Fill in this information to identify your case:

United States Bankruptcy Court for the:

District Court of Guam

Case number (*If known*): _____  Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam | |
| 2. **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 66-0693831 | |
| 4. **Debtor's address** | **Principal place of business** <br><br> Number   Street <br><br> City   State   ZIP Code <br><br> County | **Mailing address, if different from principal place of business** <br> PO Box 9683 <br> Number   Street <br><br> P.O. Box <br> Tamuning   GU   96931 <br> City   State   ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number   Street <br><br> City   State   ZIP Code |
| 5. **Debtor's website** (URL) | | |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 1

| Debtor | Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam | Case number (if known) |
|---|---|---|
| | Name | |

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   
   721110

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check **all** that apply:*
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY
                  District _____ When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☑ No
    - ☐ Yes. Debtor _____ Relationship _____
             District _____ When _____
                                    MM / DD / YYYY
             Case number, if known _____

| Debtor | Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                                              State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **3**

Case 21-00034   Document 1   Filed 07/27/21   Page 3 of 14

| Debtor | Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam | Case number (*if known*) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/27/2021
MM / DD / YYYY

✘ /s/ Bartley Jackson
Signature of authorized representative of debtor

Bartley Jackson
Printed name

Title its Authorized Representative

**18. Signature of attorney**

✘ /s/ Mark Williams
Signature of attorney for debtor

Date 07/27/2021
MM / DD / YYYY

Mark Williams
Printed name

Law Offices of Mark Williams, P.C.
Firm name

c/o Dededo Law Office 166 W. Marine Corps. Dr., BankPacific Bldg. Ste. 102
Number  Street

Dededo
City

GU
State

96929
ZIP Code

6716379620
Contact phone

markwilliams247@gmail.com
Email address

95022
Bar number

GU
State

**IN RE:**                                                                  Case No._____

Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam      Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| TRI Holdings LLC<br>396 Chalan San Antonio Ste. 203, Tamuning, GU 96913 | 35.73 | Other (Member) |
| Red Square Enterprises, Inc.<br>Ste. 503 Bank of Guam Bldg. 111 Chalan Santo Papa, Hagatna, GU 96910 | 35.73 | Other (member) |
| Santana Holdings LLC<br>, | 28.54 | Other (member) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❑ *Schedule H: Codebtors* (Official Form 206H)
- ❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❑ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/27/2021            ✘ /s/ Bartley Jackson
            MM / DD / YYYY             Signature of individual signing on behalf of debtor

                          Bartley Jackson
                          Printed name

                          its Authorized Representative
                          Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name: Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam

United States Bankruptcy Court for the: District Court of Guam

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Guam Power Authority<br>PO.Box 21868<br>Barrigada, GU, 96921-1868 | | | | | | 183,645.68 |
| 2 | Guam WaterWorks Authority<br>P.O. Box 3010<br>Hagatna, GU, 96910 | | | | | | 107,380.01 |
| 3 | David J. John<br>120 Father Duenas Avenue Capitol Plaza Suite 110<br>Hagatna, GU, 96910 | | | | | | 75,000.00 |
| 4 | Utilities Service Specialists Inc.<br>201 Ilipog St.<br>Barrigada, GU, 96913 | | | | | | 53,350.53 |
| 5 | Dongbu Insurance Co. Ltd -Moylan's Insurance Underwriters,<br>Julale Shopping Center, Ste. 102<br>424 W. O'Brien Dr<br>Hagatna, GU, 96910 | | | | | | 30,449.77 |
| 6 | Chih-Cheng Tsiao<br>PO box 12035<br>Tamuning, GU, 96931 | | | | | | 30,000.00 |
| 7 | B&G Pacific<br>1296 Pale San Vitores Road<br>Tamuning, GU, 96913-4207 | | | | | | 29,140.80 |
| 8 | Bic Sobti<br>456 South Marine Corps Dr. Ste. 103<br>Barrigada, GU, 96913 | | | | | | 25,000.00 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

| | Debtor | Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|
| | | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Royal Bics<br>456 South Marine Corps Dr. Ste. 103<br>Barrigada, GU, 96913 | | | | | | 25,000.00 |
| 10 | Marianas Cablevision<br>467 Harmon Loop<br>Yigo, GU, 96929 | | | | | | 24,235.78 |
| 11 | Island Elevator<br>1322 Chalan Kanton Tasi<br>Merizo, GU, 96916 | | | | | | 16,790.00 |
| 12 | WISP Guam, Inc.<br>GCIC Building 414 W. Soledad Ave<br>Hagatna, GU, 96910 | (671)477-8938 | | | | | 16,400.00 |
| 13 | Arriola, Cowan & Arriola<br>259 Martyr Street Suite 201<br>Hagatna, GU, 96910 | | | | | | 13,347.59 |
| 14 | Tai's Bros. Corp.<br>dba Taico Lease<br>482 Pale San Vitores<br>Tamuning, GU, 96913-4003 | | | | | | 10,800.00 |
| 15 | Pacific Grocers<br>196 Juan C Fejeran St,<br>Barrigada, GU, 96913 | | | | | | 8,109.37 |
| 16 | Xerox Corporation<br>135 Murray Blvd Suite 100<br>Hagatna, GU, 96910 | | | | | | 7,729.94 |
| 17 | Quality Distributors<br>P.O. Box 8780,<br>Tamuning, GU, 96931 | | | | | | 7,154.20 |
| 18 | Brooks Concepcion Law PC<br>247 Martyr St<br>Hagatna, GU, 96910-7100 | | | | | | 6,736.30 |
| 19 | AON Insurance<br>718 North Marine Corps Drive, Suite 306<br>Barrigada, GU, 96913 | | | | | | 6,190.00 |
| 20 | Sora Tech<br>9011 N. University, Suite F<br>Peoria, IL, 61615 | | | | | | 5,950.00 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 2

United States Bankruptcy Court
District Court of Guam

In re: Beach Resorts, LLC; d.b.a. Hotel Santa Fe Guam

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/27/2021

/s/ Bartley Jackson
Signature of Individual signing on behalf of debtor

its Authorized Representative
Position or relationship to debtor

AON Insurance
718 North Marine Corps Drive, Suite 306
Barrigada, GU 96913

Arriola, Cowan & Arriola
259 Martyr Street Suite 201
Hagatna, GU 96910

B&G Pacific
1296 Pale San Vitores Road
Tamuning, GU 96913-4207

Bank of Guam
111 Chalan Santo Papa
Hagatna, GU 96932

Bank of Guam
PO Box BW
Hagatna, GU 96932

Bic Sobti
456 South Marine Corps Dr. Ste. 103
Barrigada, GU 96913

Booking.com
B.V.. Herengracht
597 1017 CE
Amsterdam Netherlands,

Brooks Concepcion Law PC
247 Martyr St
Hagatna, GU 96910-7100

Bruce Reynolds
222 CHALAN SANTO PAPA #304,
Barrigada, GU 96913

Carrier Guam, Inc.
188 Tun Joaquin Flores Road
Barrigada, GU 96913

Chih-Cheng Tsiao
PO box 12035
Tamuning, GU 96931

Choice Phone LLC / Choice Radio Inc,
543 S Marine Corps Dr,
Barrigada, GU 96913

Cruz, Sison & Terlaje, PLLC
777 Route 4, Ste. 10B
MVP Business Ctr.
Sinajana, GU 96910

David J. John
120 Father Duenas Avenue Capitol Plaza S
Hagatna, GU 96910

Dept of Revenue & Taxation
Government of Guam
PO Box 23607
Barrigada, GU 96921

**Dept. of Revenue & Taxation**
**Treasurer of Guam-Property Tax**
**P.O. Box 23607, GMF**
**Barrigada, GU 96921**

**Dept. of Revenue & Taxation**
**Treasurer of Guam-W1**
**P.O. Box 23607, GMF**
**Barrigada, GU 96921**

**Dept. of Revenue & Taxation**
**Treasurer of Guam-Occupancy Tax**
**P.O. Box 23607, GMF**
**Barrigada, GU 96921**

**Docomo Pacific**
**219 S. Marine Corp Dr. Ste.206**
**Tamuning, GU 96913**

**Dongbu Insurance Co. Ltd -Moylan's Insurance**
**Julale Shopping Center, Ste. 102**
**424 W. O'Brien Dr**
**Hagatna, GU 96910**

**EcoLab LLC**
**193 Rojas Street, Harmon Industrial Park**
**Tamuning, GU 96931**

**Edward T. Quichocho Trust u/d/t**
**PO Box 12823**
**Barrigada, GU 96913**

**Edward T. Quichocho Trust u/d/t**

**Eleven Eleven Website Design & Development**
**6429 2nd Palm Pt,**
**Saint Petersburg, FL 33706**

**Equifax**
**Dispute Dept.**
**PO Box 740243**
**Atlanta, GA 30374**

**Evertrade**
**Unit E #311 E. Harmon Industrial Park Rd**
**Barrigada, GU 96913**

**Expedia Partner Central**
**Hotel ID: 475469**
**333 108th Avenue NE**
**Bellevue, WA 98004**

**Experian**
**Profile Maintenance**
**PO Box 9558**
**Allen, TX 75013**

**GMHA**
**850 GOV CARLOS CAMACHO ROAD**
**Barrigada, GU 96913**

**GPF Corporation**
**110 Chalan Ibang,**
**Dededo, GU 96929**

Guahan Waste Control, Inc.
229 Rojas St.
Barrigada, GU 96913

Guam Hotel and Restaurant Association
962 Pale San Vitores Road,Suite 202
Barrigada, GU 96913

Guam International Airport Authority
355 Chalan Pasaheru B224-A
Barrigada, GU 96913

Guam Power Authority
PO.Box 21868
Barrigada, GU 96921-1868

Guam Regional Medical Center
133 Biradan Anakko 3d St
Dededo, GU 96912

Guam Regional Medical City
543 Chalan Guma Yu'os
Tamuning, GU 96913-0000

Guam Telephone Authority
624 North Marine Corps Drive
Tamuning, GU 96913

Guam WaterWorks Authority
P.O. Box 3010
Hagatna, GU 96910

Hertz Rent a Car
2nd Flr North Building, 1255 Pale San Vi
Barrigada, GU 96913

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

IP&E Holdings
Se 100 643 Chalan San Antonio,
Barrigada, GU 96913

Island Elevator
1322 Chalan Kanton Tasi
Merizo, GU 96916

KIAN Corporation
121 Detcha Ct.
Barrigada, GU 96913

Laser Tech Pacific
718 NORTH MARINE CORPS DRIVE  STE D305 E
Barrigada, GU 96913

M&D Web Creations
P.O. Box 5193
Hagatna, GU 96932

Marianas Cablevision
467 Harmon Loop
Yigo, GU 96929

MCB Inc.
209 Hesler Pl,
Hagatna, GU 96910

MegaByte Computer Smart Company
720 S Marine Corps Dr,
Tamuning, GU 96913

National Office Supply
P.O. Box 3767,
Hagatna, GU 96932

One Pacific Inc.
45 Chalan San Antonio Ste 312.
Barrigada, GU 96913

Pacific Grocers
196 Juan C Fejeran St,
Barrigada, GU 96913

Pacific Produce Corporation
E., 220 Harmon Industrial Park Rd,
Barrigada, GU 96913

Pacific Waste Systems, Inc.
265 Mamis St,
Barrigada, GU 96913

Pepsi Cola Bottling Company
210 ROJAS ST HARMON INDUSTRIAL PARK
Tamuning, GU 96913

Pestex Guam
208 GOV CARLOS CAMACHO RD
Barrigada, GU 96913

Quality Distributors
P.O. Box 8780,
Tamuning, GU 96931

Raca LLC
2020 Paint Pony Ct,
Grand Junction, CO 81507

Rakuten Travel Guam
uite 241, 1275 Pale San Vitores Road,
Barrigada, GU 96913

Royal Bics
456 South Marine Corps Dr. Ste. 103
Barrigada, GU 96913

Shiby Inc.
P.O. Box 9306,
Yigo, GU 96929

Sora Tech
9011 N. University, Suite F
Peoria, IL 61615

South Pacific Petroleum Corporation
816 N. Marine Corps Dr Eva Bldg. #2nd Fl
Barrigada, GU 96913

Superior Court of Guam
Attn: Clerk of Court
424 W Obrien Dr
Hagatna, GU 96910-5078

Tai's Bros. Corp.
dba Taico Lease
482 Pale San Vitores
Tamuning, GU 96913-4003

Transunion
Customer Relations
PO Box 2000
Crum Lynne, PA 19022

Tropical Pool Service
220 E Harmon Industrial Park Rd.
Barrigada, GU 96913

U.S Dept. of Justice
950 Pennsylvania Avenue NW
washington, DC 20530-0001

U.S. Small Business Administration
First Hawaiian Bank Bldg
400 Route 8, Ste. 302
Maite, GU 96910

Utilities Service Specialists Inc.
201 Ilipog St.
Barrigada, GU 96913

VCe Pacific Corpoation
P.O. Box 24493
Barrigada, GU 96921-4493

WISP Guam, Inc.
GCIC Building 414 W. Soledad Ave
Hagatna, GU 96910

Xerox Corporation
135 Murray Blvd Suite 100
Hagatna, GU 96910