**Mark Williams, Esq.**
**LAW OFFICES OF MARK E. WILLIAMS, P.C.**
**102 BankPacific Building**
**166 West Marine Corps Drive**
**Dededo, Guam  96929**
**Telephone:   671-637-9620/1**
**Facsimile:    671-637-9660**

**IN THE DISTRICT COURT OF GUAM**
**BANKRUPTCY DIVISION**

| | |
|---|---|
| In Re: | ) **BC CASE NO. _____** |
| | ) |
| | ) **DEBTOR SUBMISSION OF:** |
| **BEACH RESORTS, LLC** | ) **CORPORATE RESOLUTION;** |
| | ) **MOST RECENT BALANCE SHEET,** |
| **Debtor-in-Possession** | ) **STATEMENT OF OPERATIONS,** |
| | ) **CASH FLOW STATEMENT,** |
| | ) **and FEDERAL TAX RETURNS** |
| | ) **IN POSSESSION OF DEBTOR** |
| _____ | ) |

I, Bartley Jackson, hereby declare as follows:

1.  I am the authorized representative of the Debtor organization under the above-

   entitled case and am able to testify as to the matters contained herein.

2.  I hereby submit true and correct copies of the above-captioned documents in

   this matter, attached and identified and incorporated herein as Exhibit "A".


Dated:   July 27, 2021


By:  /s/ Bartley Jackson_____
     Signature

**- EXHIBIT "A" -**

# Resolution by the Members

of

BEACH RESORTS, LLC

**We, the undersigned, the members of this limited liability company, consent and agree** that the following company resolution was made on the __21__ day of _____June_____ 20 _21_, at the following location:

396 Chalan San Antonio, Ste 203

Tamuning GU 96913

**We do hereby consent to the adoption of the following** as if it was adopted at a specially called meeting of the members for this Company. In accordance with Guam law and the Operating Agreement and the Articles of Organization for this Company, the members decided unanimously to:

Apply for a petition for bankruptcy relief, and to take any and all necessary actions accordingly.

**Now, therefore, it is resolved,** that the Company shall:

Bartley Jackson is hereby authorized to apply for a petition for bankruptcy relief, and to take any and all necessary actions accordingly, including but not limited to, applying for new bank accounts as a Debtor-in-Possession on behalf of the company, to amend existing policies of insurance for the company in order to add as an additional named insured the Office of the U.S. Trustee, as necessary

The members of this Company are authorized to perform the acts to carry out this Resolution.

**[signatures on the following page]**

Resolution of the Members - Page 1 of 2

**We**, the undersigned members of this limited liability company, **unanimously consent and agree** to all of the above on this ___5___ day of _May_____ 20__01.

_____
Member Signature

/s/Ron Ramos
_____
Member Signature

_____
Member Signature

/s/Bartley Jackson
_____
Red Square Enterprises, Inc.
its Authorized Representative

/s/Ronald Ramos
_____
TRI Holdings LLC
its Authorized Representative

/s/Steven Sombrero
_____
Santana Holdings LLC
its Authorized Representative

06/21/2021
Date

06/21/2021
Date

06/21/2021
Date

**We,** the undersigned members of this limited liability company, **unanimously consent and agree** to all of the above on this ___5__ day of _May_____ 20___01

_____     /s/Bartley Jackson                    06/21/2021
Member Signature                Red Square Enterprises, Inc.          Date
                                its Authorized Representative


_____     /s/Ronald Ramos                      06/21/2021
Member Signature                _____       Date
                                TRI Holdings LLC
                                its Authorized Representative


_____       /s/Steven Sombrero                 06/21/2021
Member Signature                _____       Date
                                Santana Holdings LLC
                                its Authorized Representative

Resolution of the Members - Page 2 of 2



**BEACH RESORTS, LLC**

**Balance Sheet**

### ASSETS

| Current assets: | Jan - Apr 2021 | 2020 | 2019 |
|---|---:|---:|---:|
| Cash | 37,502 | -154,491 | 104,346 |
| House Bank/Petty Cash | 2,000 | 2,000 | 2,000 |
| Accounts receivable | 128,660 | 55,862 | 48,352 |
| A/R - Blue Waters Management, Inc | 298,905 | 309,242 | 91,745 |
| Guest ledger | 247,815 | 239,269 | 112,077 |
| Inventories | | 0 | 1,338 |
| Deposit - GPA | 61,368 | 61,368 | 61,368 |
| Undeposited funds | | | 1,024 |
| Total current assets | 776,250 | 513,250 | 422,251 |
| Building and equipment, net | 1,992,529 | 2,045,088 | 3,963,416 |
| Total current assets | 2,768,779 | 2,558,337 | 4,385,668 |

### LIABILITIES AND STOCKHOLDER'S EQUITY

| Current liabilities: | | | |
|---|---:|---:|---:|
| Accounts payable | 993,363 | 805,992 | 121,499 |
| A/P - Blue Waters Management, Inc. | 593,618 | 497,693 | 359,196 |
| FICA tax payable | 954,435 | 954,435 | 640,121 |
| * W-1 | 712,659 | 712,659 | 1,000,000 |
| GRT Payable | 822,011 | 818,340 | 220,486 |
| Occupancy Tax Payable | 802,475 | 794,562 | 262,167 |
| *** Other Payables | 334,428 | 334,428 | 515,195 |
| Property Tax Payable | 219,136 | 219,136 | 181,385 |
| Total current liabilities | 5,432,125 | 5,137,245 | 3,300,050 |
| Long term liabilities | | | |
| Loan from BOG | 3,146,168 | 3,146,168 | 2,756,498 |
| ** Loan payable - Partners | 848,733 | 751,114 | 682,663 |
| Total long term liabilities | 3,994,901 | 3,897,282 | 3,439,160 |
| Preferred stock | | | |
| Prior year's adjustments | | | 290,082 |
| Retained Earnings | -6,302,054 | -5,137,740 | -1,584,148 |
| Net Income | -356,194 | -1,338,449 | -1,059,476 |
| Total Equity | -6,658,248 | -6,476,189 | -2,353,543 |
| Total Liabilities & Equity | 2,768,778 | 2,558,338 | 4,385,667 |



**BEACH RESORTS, LLC**
**Statement of Operations**

| Revenue | Jan 2021 - Apr 2021 | 2020 | 2019 |
|---|---|---|---|
| Room Revenue | 71,940 | 898,220 | 1,797,411 |
| Food Revenue | | 98,449 | 419,777 |
| Beverage Revenue | | 37,202 | 185,822 |
| Total Revenue | 71,940 | 1,033,870 | 2,403,011 |
| **Cost of Goods Sold** | | | |
| Beginning Inventory | | 1,338 | 4,282 |
| Add: Purchases | | 89,991 | 277,646 |
| Less: Ending Inventory | | 0 | 1,338 |
| Total Cost of Goods Sold | 0 | 91,329 | 280,589 |
| **Gross Profit** | 71,940 | 942,541 | 2,122,422 |
| **Operating Expenses** | | | |
| Advertising | | 194 | 6,850 |
| ACH MPS Billing - Bank Charges | | 23,066 | 27,458 |
| Bank charges | 290 | | 1,670 |
| Commission - Room | | 80,960 | 207,190 |
| Communication | 16,666 | 69,985 | 65,472 |
| Credit card discount | | 44,968 | 41,610 |
| Dues and subscriptions | 971 | 1,650 | 1,378 |
| Equipment lease | 875 | 18,927 | 19,460 |
| Gasoline | | 2,764 | 8,077 |
| Insurance | 4,127 | 144,646 | 51,234 |
| IT service | 1,372 | 7,769 | 14,040 |
| Land lease | 69,128 | 207,384 | 172,648 |
| Legal services | 2,555 | 10,749 | 3,248 |
| Music & entertainment | | 6,750 | 37,675 |
| **** Outside services | 95,926 | 497,693 | 944,397 |
| Pest control service | | 3,465 | 4,620 |
| Repairs and maintenance | 5,092 | 98,495 | 59,625 |
| Supplies | 497 | 24,943 | 75,562 |
| Tax, licenses & permits | 3,671 | 94,243 | 173,663 |
| Travel, meals and entertainment | | 187 | 559 |
| Utilities | 73,172 | 348,417 | 532,542 |
| Waste removal | 2,111 | 11,577 | 12,357 |
| Total operating expenses | 276,453 | 1,698,831 | 2,461,337 |
| **Other expenses** | | | |
| Depreciation expense | 52,559 | 157,677 | 161,830 |
| Interest, BOG loan | | 147,409 | 316,868 |
| Other Interest on Loan | 2,983 | 18,973 | 73,799 |
| Interest - Partner's Loan | 97,619 | 275,676 | 235,371 |
| Total other expenses | 153,161 | 599,735 | 787,868 |
| **Operating profit** | -357,674 | -1,356,025 | -1,126,783 |
| Other Income | 1,480 | 17,495 | 67,188 |
| Interest Income | 1 | 82 | 118 |
| Net income | -356,194 | -1,338,449 | -1,059,476 |



BEACH RESORTS, LLC

CASH FLOW

| Period | 2019 | 2020 | Jan - Apr 2021 |
|---|---|---|---|
| Net Earnings | -1,059,476.17 | -1,338,448.65 | -356,193.72 |
| Plus: Depreciation & Amortization | 161,830.00 | 157,677.00 | 52,559.00 |
| Less: Changes in Working Capital | 0.00 | 0.00 | 0.00 |
| **Cash from Operations** | **-897,646.17** | **-1,180,771.65** | **-303,634.72** |
| | | | |
| Investing Cash Flow | | | |
| Investments in Property & Equipments | 0.00 | 0.00 | 0.00 |
| **Cash from Investing** | **0.00** | **0.00** | **0.00** |
| | | | |
| Financing Cash Flow | | | |
| Issuance (repayment) of debt | 0.00 | -30,000.00 | 0.00 |
| Issuance (repayment) of equity | -2,353,542.66 | -6,476,188.65 | -6,658,247.72 |
| **Cash from Financing** | **-2,353,542.66** | **-6,506,188.65** | **-6,658,247.72** |
| | | | |
| Net increase (decrease) in Cash | -94,959.86 | 258,836.95 | -191,992.46 |
| Opening Cash Balance | 0.00 | -94,959.86 | 258,836.95 |
| **Closing Cash Balance** | **-94,959.86** | **163,877.09** | **66,844.49** |

# FILE COPY

**Form 1065**
Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2020, or tax year beginning _____ , ending _____
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2020**

| A Principal business activity | | |
|---|---|---|
| SERVICE | | |

**B** Principal product or service

HOTEL

**C** Business code number

721110

| | Name of partnership |
|---|---|
| Type or Print | BEACH RESORTS LLC |
| | Number, street, and room or suite no. If a P.O. box, see instructions. |
| | 934 Marine Drive, 101 |

| City or town | State | ZIP code |
|---|---|---|
| TAMUNING | GU | 96931 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**D** Employer identification number
66-0693831

**E** Date business started
4/19/2007

**F** Total assets (see instructions)
$ 4,852,312

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☒ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year. ▶ _____ 3

**J** Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | | |
|---|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . | 1a | 1,033,871 | |
| | b | Returns and allowances . . . . . . . . . . . . . . . | 1b | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . | | 1c | 1,033,871 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . | | 2 | 88,664 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . | | 3 | 945,207 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | | 6 | |
| | 7 | Other income (loss) (attach statement) . . . . . . . . . . . . . | | 7 | 7,121 |
| | 8 | **Total income (loss). Combine lines 3 through 7** . . . . . . . . . . | | 8 | 952,328 |
| **Deductions** (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) . . . . . . | | 9 | |
| | 10 | Guaranteed payments to partners . . . . . . . . . . . . . . | | 10 | |
| | 11 | Repairs and maintenance . . . . . . . . . . . . . . . . | | 11 | 32,192 |
| | 12 | Bad debts . . . . . . . . . . . . . . . . . . . . | | 12 | |
| | 13 | Rent . . . . . . . . . . . . . . . . . . . . . | | 13 | |
| | 14 | Taxes and licenses . . . . . . . . . . . . . . . . . | | 14 | 54,048 |
| | 15 | Interest (see instructions) . . . . . . . . . . . . . . . | | 15 | 517,714 |
| | 16a | Depreciation (if required, attach Form 4562) . . . . . | 16a | 159,741 | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return . . | 16b | | 16c | 159,741 |
| | 17 | Depletion (Do not deduct oil and gas depletion.) . . . . . . . . . | | 17 | |
| | 18 | Retirement plans, etc. . . . . . . . . . . . . . . . . | | 18 | |
| | 19 | Employee benefit programs . . . . . . . . . . . . . . . | | 19 | |
| | 20 | Other deductions (attach statement) . . . . . . . . . . . . | | 20 | 1,652,543 |
| | 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 . | | 21 | 2,416,238 |
| | 22 | Ordinary business income (loss). Subtract line 21 from line 8 . . . . . . | | 22 | -1,463,910 |
| **Tax and Payment** | 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | | 23 | |
| | 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | | 24 | |
| | 25 | BBA AAR imputed underpayment (see instructions) . . . . . . . . . | | 25 | |
| | 26 | Other taxes (see instructions) . . . . . . . . . . . . . . | | 26 | |
| | 27 | Total balance due. Add lines 23 through 26 . . . . . . . . . . . | | 27 | 0 |
| | 28 | Payment (see instructions) . . . . . . . . . . . . . . . | | 28 | |
| | 29 | Amount owed. If line 28 is smaller than line 27, enter amount owed . . . . . | | 29 | |
| | 30 | Overpayment. If line 28 is larger than line 27, enter overpayment . . . . . | | 30 | |

**RECEIVED**
**JUL 02 2021**
**DEPT OF REV & TAX**
**ITAPB-10**

| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge. | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|
| | ▶ [signature] Signature of partner or limited liability company member     ▶ 07/02/21 Date | |

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | KARVIN L FLYNN | [signature] | 7/2/2021 | | P01412258 |
| | Firm's name ▶ BURGER, COMER, MAGLIARI LLC | | | Firm's EIN ▶ 66-0826885 | |
| | Firm's address ▶ 333 SOUTH MARINE CORPS DRIVE  STE. 102 | | | Phone no. 671-472-2680 | |
| | City TAMUNING | | State GU | ZIP code 96913 | |

For Paperwork Reduction Act Notice, see separate instructions.
HTA

Form **1065** (2020)

| Schedule B | Other Information |
|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | | | |

| a | ☐ Domestic general partnership | b | ☐ Domestic limited partnership |
|---|---|---|---|
| c | ☒ Domestic limited liability company | d | ☐ Domestic limited liability partnership |
| e | ☐ Foreign partnership | f | ☐ Other ▶ |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy all four of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | X |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2020, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country      ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . | | X |

Form **1065** (2020)

**Schedule B**　　**Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶　　　0 | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. . . . . . . . . . . . . . . . . . . . . . ▶　　　0 | | |
| 16a | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . . . . | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. . . . . . . . . . . . . . ▶　　　0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892. . . . ▶　　　0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . . ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3. . . . . . . . . . . . . . . . ▶ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶

| U.S. address of PR ▶ | U.S. phone number of PR ▶ |
|---|---|

If the PR is an entity, name of the designated individual for the PR ▶　RONALD RAMOS

| U.S. address of designated individual ▶ 934 MARINE CORPS DRIVE Tamuning　　GU　　96931 | U.S. phone number of designated individual ▶ |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 16 . . . . . . . . . ▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . . ▶　　　0 | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . | | X |
| 29 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:　　　　　　　　　By Vote　　　　　　　By Value | | X |

Case 21-00034　Document 2　Filed 07/27/21　Page 11 of 24

| Schedule K | | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -1,463,910 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ............ **3a** | | |
| | b | Expenses from other rental activities (attach statement) .... **3b** | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Guaranteed payments: **a** Services **4a** 0 **b** Capital **4b** 0 | | |
| | | **c** Total. Add lines 4a and 4b ......................... | 4c | |
| | 5 | Interest income ................................. | 5 | |
| | 6 | Dividends and dividend equivalents: **a** Ordinary dividends .. | 6a | |
| | b | Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| | 7 | Royalties ..................................... | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) . | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) . | 9a | |
| | b | Collectibles (28%) gain (loss) ............... **9b** | | |
| | c | Unrecaptured section 1250 gain (attach statement) .. **9c** | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) ........ | 10 | |
| | 11 | Other income (loss) (see instructions) Type ► | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) ........... | 12 | |
| | 13a | Contributions .................................. | 13a | |
| | b | Investment interest expense ....................... | 13b | |
| | c | Section 59(e)(2) expenditures: **(1)** Type ► _____ **(2)** Amount ► | 13c(2) | |
| | d | Other deductions (see instructions)   Type ► | 13d | |
| **Self-Employ-ment** | 14a | Net earnings (loss) from self-employment ............. | 14a | |
| | b | Gross farming or fishing income .................... | 14b | |
| | c | Gross nonfarm income ........................... | 14c | |
| **Credits** | 15a | Low-income housing credit (section 42(j)(5)) ........... | 15a | |
| | b | Low-income housing credit (other) .................. | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions)   Type ► | 15d | |
| | e | Other rental credits (see instructions)   Type ► | 15e | |
| | f | Other credits (see instructions)   Type ► | 15f | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession  ► | | |
| | b | Gross income from all sources ..................... | 16b | |
| | c | Gross income sourced at partner level ............... | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Reserved for future use  ► _____ **e** Foreign branch category ..... ► | 16e | |
| | f | Passive category ► _____ **g** General category ► _____ **h** Other (attach statement) ► | 16h | |
| | | Deductions allocated and apportioned at partner level | | |
| | i | Interest expense ► _____ **j** Other ..................... ► | 16j | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | k | Reserved for future use  ► _____ **l** Foreign branch category .... ► | 16l | |
| | m | Passive category ► _____ **n** General category ► _____ **o** Other (attach statement) ► | 16o | |
| | p | Total foreign taxes (check one):  ►  Paid ☐  Accrued ☐ | 16p | |
| | q | Reduction in taxes available for credit (attach statement) ... | 16q | |
| | r | Other foreign tax information (attach statement) ......... | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment ................. | 17a | |
| | b | Adjusted gain or loss ........................... | 17b | |
| | c | Depletion (other than oil and gas) .................. | 17c | |
| | d | Oil, gas, and geothermal properties—gross income ...... | 17d | |
| | e | Oil, gas, and geothermal properties—deductions ....... | 17e | |
| | f | Other AMT items (attach statement) ................ | 17f | |
| **Other Information** | 18a | Tax-exempt interest income ...................... | 18a | |
| | b | Other tax-exempt income ........................ | 18b | |
| | c | Nondeductible expenses ......................... | 18c | 160,830 |
| | 19a | Distributions of cash and marketable securities ......... | 19a | |
| | b | Distributions of other property .................... | 19b | |
| | 20a | Investment income ............................. | 20a | |
| | b | Investment expenses ........................... | 20b | |
| | c | Other items and amounts (attach statement) ........... | | |

Form **1065** (2020)

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p . . . . . . . . . . . . . . . . . | **1** | -1,463,910 | | | |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | | | | |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 107,370 | | 100,727 |
| 2a | Trade notes and accounts receivable | 48,352 | | 42,557 | |
| b | Less allowance for bad debts | | 48,352 | | 42,557 |
| 3 | Inventories | | 1,338 | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | 265,190 | | 927,324 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 6,149,452 | | 6,138,876 | |
| b | Less accumulated depreciation | 2,186,036 | 3,963,416 | 2,357,172 | 3,781,704 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | 0 | | 0 |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 4,385,666 | | 4,852,312 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | 121,499 | | 567,902 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) | | 3,178,550 | | 4,624,190 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 3,439,160 | | 4,050,507 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | ( 2,353,543) | | ( 4,390,287) |
| 22 | Total liabilities and capital | | 4,385,666 | | 4,852,312 |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -1,464,999 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 0 | a | Tax-exempt interest   $ _____ | | 0 |
| 3 | Guaranteed payments (other than health insurance) | 0 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation   $ _____ 159,741 | | 159,741 |
| a | Depreciation   $ _____ 160,830 | | 8 | Add lines 6 and 7 | | 159,741 |
| b | Travel and entertainment   $ _____ | 160,830 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | -1,463,910 |
| 5 | Add lines 1 through 4 | -1,304,169 | | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -2,353,543 | 6 | Distributions:   a Cash | | |
| 2 | Capital contributed:   a Cash | | |             b Property | | |
| |            b Property | | 7 | Other decreases (itemize): | | |
| 3 | Net income (loss) per books | -1,464,999 | | See Statement | | 571,747 |
| 4 | Other increases (itemize):   See Statement | 2 | 8 | Add lines 6 and 7 | | 571,747 |
| 5 | Add lines 1 through 4 | -3,818,540 | 9 | Balance at end of year. Subtract line 8 from line 5 | | -4,390,287 |

Form **1065** (2020)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| | | | |
|---|---|---|--:|
| Name BEACH RESORTS LLC | | Employer identification number 66-0693831 | |
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . | 1 | 1,338 |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . | 2 | 87,326 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . | 6 | 88,664 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . | 8 | 88,664 |

9a  Check all methods used for valuing closing inventory:

    *(i)* [X] Cost

    *(ii)* [ ] Lower of cost or market

    *(iii)* [ ] Other (Specify method used and attach explanation.) ▶ _____

  b  Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . ▶ [ ]

  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . ▶ [ ]

  d  If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . | 9d | |

  e  If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . [ ] Yes  [ ] No

  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

For Paperwork Reduction Act Notice, see instructions.

HTA

Form **1125-A** (Rev. 11-2018)

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc. ▶ See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
66-0693831

**B** Partnership's name, address, city, state, and ZIP code

BEACH RESORTS LLC
934 Marine Drive, 101
TAMUNING, GU 96931

**C** IRS Center where partnership filed return ▶ Guam Department of Rev

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)   Partner: 1
66-0655793

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

RED SQUARE INC.
P.O.BOX 9370
TAMUNING, GU 96931

**G** ☒ General partner or LLC member-manager   ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner? _____

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 35.730000% | 35.730000% |
| Loss | 35.730000% | 35.730000% |
| Capital | 35.730000% | 35.730000% |

☐ Check if decrease is due to sale or exchange of partnership interest . . . .

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . $ | 1,135,696 | $ 1,652,223 |
| Qualified nonrecourse financing . . . . $ | 1,228,812 | $ 1,447,246 |
| Recourse . . . . $ | 43,411 | $ 202,912 |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . . . $ | -286,897 |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . . $ | -523,443 |
| Other increase (decrease) (attach explanation) $ | -204,285 |
| Withdrawals & distributions . . . . . $ ( | ) |
| Ending capital account . . . . . . $ | -1,014,625 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . $ _____

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | |
|---|---|---|
| **1** Ordinary business income (loss) -523,055 | **15** Credits | |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | **16** Foreign transactions | |
| **4a** Guaranteed payments for services | | |
| **4b** Guaranteed payments for capital | | |
| **4c** Total guaranteed payments | | |
| **5** Interest income | | |
| **6a** Ordinary dividends | | |
| **6b** Qualified dividends | | |
| **6c** Dividend equivalents | **17** Alternative minimum tax (AMT) items | |
| **7** Royalties | | |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | **18** Tax-exempt income and nondeductible expenses | |
| **9b** Collectibles (28%) gain (loss) | **C** 57,464 | |
| **9c** Unrecaptured section 1250 gain | | |
| **10** Net section 1231 gain (loss) | | |
| **11** Other income (loss) | **19** Distributions | |
| **12** Section 179 deduction | **20** Other information | |
| **13** Other deductions | | |
| **14** Self-employment earnings (loss) | | |

☐ **21** More than one activity for at-risk purposes*
☐ **22** More than one activity for passive activity purposes*

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see instructions for Form 1065.   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2020**
HTA

RED SQUARE INC.                                       66-0655793

## K-1 Statement (Sch K-1, Form 1065)

### Line 18 - Tax-Exempt Income and Nondeductible Expenses

C   Code C - Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   C        57,464

651119

☐ Final K-1          ☐ Amended K-1          OMB No. 1545-0123

## Schedule K-1
## (Form 1065)
**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning [          ]  ending [          ]

## Partner's Share of Income, Deductions, Credits, etc.
▶ See separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
66-0693831

**B** Partnership's name, address, city, state, and ZIP code
BEACH RESORTS LLC
934 Marine Drive, 101
TAMUNING, GU 96931

**C** IRS Center where partnership filed return ▶ Guam Department of Rev

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)     Partner: 2
66-0693889

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
SANTANA HOLDINGS INC.
520 LUNALILO HOME RD. 318
HONOLULU, HI 96825

**G** ☒ General partner or LLC member-manager     ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner     ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN [          ]  Name [          ]

**I1** What type of entity is this partner? [          ]

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 28.540000% | 28.540000% |
| Loss | 28.540000% | 28.540000% |
| Capital | 28.540000% | 28.540000% |

Check if decrease is due to sale or exchange of partnership interest . . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . $ | 907,158 | $ 1,319,744 |
| Qualified nonrecourse financing . . . $ | 981,536 | $ 1,156,015 |
| Recourse . . . $ | 34,676 | $ 162,079 |

☐ Check this box if item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . . . $ | -1,341,606 |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . $ | -418,111 |
| Other increase (decrease) (attach explanation) $ | -163,176 |
| Withdrawals & distributions . . . . . $ | ( ) |
| Ending capital account . . . . . $ | -1,922,893 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes     ☒ No     If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . $ [          ]
Ending . . . . . . . . . . . . $ [          ]

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) **-417,800** | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | 17 | Alternative minimum tax (AMT) items |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9b | Collectibles (28%) gain (loss) | C | 45,901 |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | 19 | Distributions |
| 12 | Section 179 deduction | 20 | Other information |
| 13 | Other deductions | | |
| 14 | Self-employment earnings (loss) | | |
| | | 21 | ☐ More than one activity for at-risk purposes* |
| | | 22 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see instructions for Form 1065.     www.irs.gov/Form1065     Schedule K-1 (Form 1065) 2020
HTA

Case 21-00034    Document 2    Filed 07/27/21    Page 17 of 24

SANTANA HOLDINGS INC.        66-0693889

## K-1 Statement (Sch K-1, Form 1065)

### Line 18 - Tax-Exempt Income and Nondeductible Expenses

C   Code C - Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C      45,901

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)

### 2020

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc. ▶ See separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
66-0693831

**B** Partnership's name, address, city, state, and ZIP code
BEACH RESORTS LLC
934 Marine Drive, 101
TAMUNING, GU 96931

**C** IRS Center where partnership filed return ▶ Guam Department of Rev

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)    Partner: 3
66-0693832

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.
TRI HOLDINGS
934 MARINE DRIVE 101
TAMUNING, GU 96931

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner? _____

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 35.730000% | 35.730000% |
| Loss | 35.730000% | 35.730000% |
| Capital | 35.730000% | 35.730000% |

Check if decrease is due to sale or exchange of partnership interest . . . ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . $ | 1,135,696 | $ 1,652,223 |
| Qualified nonrecourse financing . . . . $ | 1,228,812 | $ 1,447,246 |
| Recourse . . . . $ | 43,412 | $ 202,911 |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**  Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . . . $ | -725,040 |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . $ | -523,445 |
| Other increase (decrease) (attach explanation) $ | -204,284 |
| Withdrawals & distributions . . . . . $ ( | ) |
| Ending capital account . . . . . . $ | -1,452,769 |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . $ _____
Ending . . . . . . . . $ _____

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| | -523,055 | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | 17 | Alternative minimum tax (AMT) items |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9b | Collectibles (28%) gain (loss) | C | 57,465 |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | 19 | Distributions |
| 12 | Section 179 deduction | 20 | Other information |
| 13 | Other deductions | | |
| 14 | Self-employment earnings (loss) | | |
| | | 21 | ☐ More than one activity for at-risk purposes* |
| | | 22 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

## K-1 Statement (Sch K-1, Form 1065)

### Line 18 - Tax-Exempt Income and Nondeductible Expenses

C  Code C - Nondeductible expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . C _____ 57,465

| Form **4562** | | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|---|
| | | **(Including Information on Listed Property)** | **2020** |
| Department of the Treasury Internal Revenue Service (99) | | ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | Attachment Sequence No. **179** |

| Name(s) shown on return BEACH RESORTS LLC | Business or activity to which this form relates 1065 - SERVICE | Identifying number 66-0693831 |
|---|---|---|

### Part I — Election To Expense Certain Property Under Section 179
*Note: If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 0 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 0 |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 . . . ▶ **13** | 0 | |

*Note: Don't use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

### Part III — MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 159,741 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | | | | | |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  30-year | | | 30 yrs. | MM | S/L | |
| d  40-year | | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | **22** | 159,741 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . **23** | | |

For Paperwork Reduction Act Notice, see separate instructions.  HTA

Form 4562 (2020)

Case 21-00034  Document 2  Filed 07/27/21  Page 21 of 24

## Line 7 (1065) - Other Income (Loss)

| | | | |
|---|---|---|---:|
| 1 | Other Income | 1 | 7,041 |
| 2 | Interest income | 2 | 80 |
| 3 | Total other income (loss) . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 7,121 |

## Line 20 (1065) - Other Deductions

| | | | |
|---|---|---|---:|
| 1 | Travel, Meals and Entertainment | | |
| | a  Travel . . . . . . . . . . . . . . . . . . . . . . . . | 1a | 66 |
| 2 | ADVERTISEMENT | 2 | 193 |
| 3 | BANK CHARGES | 3 | 25,727 |
| 4 | COMMUNICATION | 4 | 68,912 |
| 5 | CREDIT CARD DISCOUNT | 5 | 57,312 |
| 6 | DUES & SUBSCRIPTIONS | 6 | 1,650 |
| 7 | EQUIPMENT LEASE | 7 | 21,291 |
| 8 | GASOLINE | 8 | 4,914 |
| 9 | INSURANCE | 9 | 144,645 |
| 10 | IT SUPPORT | 10 | 8,768 |
| 11 | LAND LEASE | 11 | 242,754 |
| 12 | LEGAL SERVICES | 12 | 10,749 |
| 13 | MUSIC & ENTERTAINMENT | 13 | 6,750 |
| 14 | OUTSIDE SERVICES | 14 | 508,582 |
| 15 | PEST CONTROL | 15 | 3,465 |
| 16 | SUPPLIES | 16 | 23,927 |
| 17 | UTILITIES | 17 | 410,183 |
| 18 | WASTE REMOVAL | 18 | 11,419 |
| 19 | ROOMS COMMISSION | 19 | 101,236 |
| 20 | Total other deductions . . . . . . . . . . . . . . . . . . . . . . | 20 | 1,652,543 |

## Line 6, Sch L (1065) - Other Current Assets

| | | | Beginning | Ending |
|---|---|---|---:|---:|
| 1 | Guest Ledger | 1 | 112,077 | 420,964 |
| 2 | A/R BLUE WATERS MANAGEMENT | 2 | 91,745 | 444,992 |
| 3 | DEPOSITS - GPA | 3 | 61,368 | 61,368 |
| 4 | Total other current assets . . . . . . . . . . . . . . | 4 | 265,190 | 927,324 |

## Line 17, Sch L (1065) - Other Current Liabilities

| | | | Beginning | Ending |
|---|---|---|---:|---:|
| 1 | Blue Waters Management, Inc. | 1 | 359,196 | 856,889 |
| 2 | Property tax payable | 2 | 181,385 | 219,136 |
| 3 | Occupancy tax payable | 3 | 262,167 | 794,562 |
| 4 | FICA tax payable | 4 | 640,121 | 954,435 |
| 5 | Local tax liability | 5 | 1,000,000 | |
| 6 | GRT payable | 6 | 220,486 | 818,340 |
| 7 | Other payables | 7 | 515,195 | 657,628 |
| 8 | Short-term loan (SBA loan) | 8 | 0 | 323,200 |
| 9 | Total other current liabilities . . . . . . . . . . . . | 9 | 3,178,550 | 4,624,190 |

## Line 4, Sch M-2 (1065) - Other Increases

| | | | |
|---|---|---|---:|
| 1 | Adjustment to reconcile for rounding differences and tie begin. RE | 1 | 2 |
| 2 | Total other increases . . . . . . . . . . . . . . . . . . . . . | 2 | 2 |

## Line 7, Sch M-2 (1065) - Other Decreases

| | | | |
|---|---|---|---:|
| 1 | Prior year's adjustments (fixed assets, bog loan,occupancy tax,etc) | 1 | 571,747 |
| 2 | Total other decreases . . . . . . . . . . . . . . . . . . . . . | 2 | 571,747 |

## rm 4562 Statement - 1065

BEACH RESORTS LLC    66-0693831

### Depreciation Detail

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum Deprec. 179, Bonus | 2020 Deprec. | 2020 Accum Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | | | | |
| 4 | HOTEL | 4/19/2007 | R-5 | 100.00% | 5,817,533 | 0 | 0 | 0 | 0 | 5,817,533 | 39 | SL/GDS | MM | 1,895,762 | 149,162 | 2,044,924 |
| 11 | COMPRESSOR (A/C) | 7/6/2010 | F-17 | 100.00% | 30,368 | 0 | 0 | 15,184 | 0 | 15,184 | 15 | 150DB | HY | 25,436 | 897 | 26,333 |
| 22 | MACH & EQUIPMENT (2013) | 7/1/2013 | F-11 | 100.00% | 36,161 | 0 | 0 | 18,081 | 0 | 18,080 | 7 | 200DB | HY | 35,355 | 805 | 36,161 |
| 23 | FURN & FIXTURES -2013 | 7/30/2013 | F-11 | 100.00% | 17,307 | 0 | 0 | 8,654 | 0 | 8,653 | 7 | 200DB | HY | 16,921 | 386 | 17,307 |
| 1 | MACH & EQUIPMENT 2014 | 6/30/2014 | F-11 | 100.00% | 129,354 | 0 | 0 | 64,677 | 0 | 64,677 | 7 | 200DB | HY | 120,693 | 5,776 | 126,469 |
| 2 | FURN & FIXTURES-2014 | 6/30/2014 | F-11 | 100.00% | 3,428 | 0 | 0 | 1,714 | 0 | 1,714 | 7 | 200DB | HY | 3,199 | 153 | 3,352 |
| 3 | OFFICE MACHINES ETC-201 | 7/31/2014 | F-11 | 100.00% | 11,721 | 0 | 0 | 5,861 | 0 | 5,880 | 7 | 200DB | HY | 10,936 | 523 | 11,459 |
|  | #2 Water Booster Pump Over | 1/30/2015 | F-10 | 100.00% | 2,195 | 0 | 0 | 1,098 | 0 | 1,097 | 7 | 200DB | HY | 1,951 | 98 | 2,049 |
|  | 5 units, Outdoor ceiling fans at | 2/28/2015 | F-11 | 100.00% | 653 | 0 | 0 | 327 | 0 | 326 | 7 | 200DB | HY | 581 | 29 | 610 |
|  | Kitchen Fryer ($400.00) | 3/9/2015 | F-11 | 100.00% | 2,800 | 0 | 0 | 1,400 | 0 | 1,400 | 7 | 200DB | HY | 2,488 | 125 | 2,613 |
|  | Water Softener #2 | 5/10/2015 | F-10 | 100.00% | 1,000 | 0 | 0 | 500 | 0 | 500 | 7 | 200DB | HY | 887 | 45 | 932 |
|  | Goodwind split type a/c, 24k B | 6/5/2015 | F-11 | 100.00% | 949 | 0 | 0 | 475 | 0 | 474 | 7 | 200DB | HY | 843 | 42 | 885 |
|  | 8 ea, 32" TV Flat Screen | 8/5/2015 | F-11 | 100.00% | 1,520 | 0 | 0 | 760 | 0 | 760 | 7 | 200DB | HY | 1,351 | 68 | 1,419 |
|  | 20 sets, at $235.00 each Doub | 9/9/2015 | F-11 | 100.00% | 4,300 | 0 | 0 | 2,150 | 0 | 2,150 | 7 | 200DB | HY | 3,821 | 192 | 4,013 |
|  | Midea Split Type Aircon 15 Se | 9/21/2015 | F-11 | 100.00% | 1,450 | 0 | 0 | 725 | 0 | 725 | 7 | 200DB | HY | 1,290 | 65 | 1,355 |
|  | Floor Buffer Machine | 9/21/2015 | F-11 | 100.00% | 940 | 0 | 0 | 470 | 0 | 470 | 7 | 200DB | HY | 835 | 42 | 877 |
|  | 4 chanel DVR with 4 analog ca | 10/15/2015 | F-11 | 100.00% | 589 | 0 | 0 | 295 | 0 | 294 | 7 | 200DB | HY | 524 | 26 | 550 |
|  | MNT DELL 19" E1913 E SERI | 10/18/2015 | F-11 | 100.00% | 230 | 0 | 0 | 115 | 0 | 115 | 7 | 200DB | HY | 203 | 10 | 213 |
|  | Desktop Computer with OS Wi | 10/18/2015 | F-11 | 100.00% | 816 | 0 | 0 | 408 | 0 | 408 | 7 | 200DB | HY | 724 | 36 | 760 |
|  | 20 sets double bed | 10/29/2015 | F-11 | 100.00% | 4,300 | 0 | 0 | 2,150 | 0 | 2,150 | 7 | 200DB | HY | 3,821 | 192 | 4,013 |
|  | Sofa Upholstery | 11/12/2015 | F-11 | 100.00% | 2,900 | 0 | 0 | 1,450 | 0 | 1,450 | 7 | 200DB | HY | 2,576 | 129 | 2,705 |
|  | NEC IPS 2000 CO interface a | 1/14/2016 | F-6 | 100.00% | 3,803 | 0 | 0 | 1,902 | 0 | 1,901 | 5 | 200DB | HY | 3,474 | 219 | 3,693 |
|  | LAPTOP | 2/18/2016 | F-5 | 100.00% | 671 | 0 | 0 | 336 | 0 | 335 | 5 | 200DB | HY | 613 | 39 | 652 |
|  | ELEVATOR PARTS | 5/16/2016 | F-11 | 100.00% | 5,024 | 0 | 0 | 2,512 | 0 | 2,512 | 7 | 200DB | HY | 4,239 | 224 | 4,463 |
|  | NEC PABX CPU Hardware an | 5/16/2016 | F-6 | 100.00% | 4,852 | 0 | 0 | 2,426 | 0 | 2,426 | 5 | 200DB | HY | 4,432 | 279 | 4,711 |
|  | Dryer-Maytag | 8/15/2016 | F-10 | 100.00% | 3,995 | 0 | 0 | 1,998 | 0 | 1,997 | 7 | 200DB | HY | 3,370 | 178 | 3,548 |
| **Total MACRS deductions for prior years (Line 17)** | | | | | 6,088,859 | 0 | 0 | 135,668 | 0 | 5,953,191 | | | | 2,148,325 | 159,741 | 2,308,066 |
| **Subtotal Depreciation** | | | | | 6,088,859 | 0 | 0 | 135,668 | 0 | 5,953,191 | | | | 2,148,325 | 159,741 | 2,308,066 |

### Listed Property

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum Deprec. 179, Bonus | 2020 Deprec. | 2020 Accum Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Listed property with more than 50% business use (Line 25 and 26)** | | | | | | | | | | | | | | | | |
| 9 | HALLWAY CARPETING | 6/10/2016 | F-15 | 100.00% | 16,729 | 0 | 0 | 8,365 | 0 | 8,364 | 5 | 200DB | HY | 16,729 | 0 | 16,729 |
| **Total listed prop with > 50% business use** | | | | | 16,729 | 0 | 0 | 8,365 | 0 | 8,364 | | | | 16,729 | 0 | 16,729 |
| **Subtotal Listed Property** | | | | | 16,729 | 0 | 0 | 8,365 | 0 | 8,364 | | | | 16,729 | 0 | 16,729 |
| **Total Depreciation and Amortization** | | | | | 6,105,588 | 0 | 0 | 144,033 | 0 | 5,961,555 | | | | 2,183,054 | 159,741 | 2,322,795 |

© 2021 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Summary of Unadjusted Basis of Qualified Property (4562)

### Summary of Qualified Property by Activity

| | Activity | Unadjusted Cost or Basis |
|---|---|---|
| 1 | 1065 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6,156,664 |

### Detail of Qualified Property

| | Activity | Asset Description | Date In Service | Recovery Period | Years in Service | Total Cost or Basis | Business/Time Use Percent | Unadjusted Cost or Basis |
|---|---|---|---|---|---|---|---|---|
| 2 | 1065 | MACH & EQUIPMENT 2014 | 6/30/2014 | 7 | 7 | 129,354 | 100.00% | 129,354 |
| 3 | 1065 | FURN & FIXTURES-2014 | 6/30/2014 | 7 | 7 | 3,428 | 100.00% | 3,428 |
| 4 | 1065 | OFFICE MACHINES ETC-201 | 7/31/2014 | 7 | 7 | 11,721 | 100.00% | 11,721 |
| 5 | 1065 | HOTEL | 4/19/2007 | 39 | 14 | 5,817,533 | 100.00% | 5,817,533 |
| 6 | 1065 | COMPRESSOR (A/C) | 7/6/2010 | 15 | 11 | 30,368 | 100.00% | 30,368 |
| 7 | 1065 | MACH & EQUIPMENT -2011 | 5/15/2011 | 7 | 10 | 1,426 | 100.00% | 1,426 |
| 8 | 1065 | FURN & FIXTURES -2011 | 6/30/2011 | 7 | 10 | 3,693 | 100.00% | 3,693 |
| 9 | 1065 | OFFICE MACHINES ETC-201 | 6/30/2011 | 5 | 10 | 4,158 | 100.00% | 4,158 |
| 10 | 1065 | MACH & EQUIPMENT -2012 | 6/30/2012 | 7 | 9 | 13,091 | 100.00% | 13,091 |
| 11 | 1065 | OFFICE MACHINES ETC-201 | 7/30/2012 | 7 | 9 | 10,321 | 100.00% | 10,321 |
| 12 | 1065 | MATERIALS/SUPPLIES | 8/15/2012 | 5 | 9 | 14,664 | 100.00% | 14,664 |
| 13 | 1065 | FURN & FIXTURES | 9/10/2012 | 7 | 9 | 9,876 | 100.00% | 9,876 |
| 14 | 1065 | OFFICE MACHINES ETC-201 | 6/30/2013 | 5 | 8 | 10,576 | 100.00% | 10,576 |
| 15 | 1065 | MACH & EQUIPMENT (2013) | 7/1/2013 | 7 | 8 | 36,161 | 100.00% | 36,161 |
| 16 | 1065 | FURN & FIXTURES -2013 | 7/30/2013 | 7 | 8 | 17,307 | 100.00% | 17,307 |
| 17 | 1065 | 5 units, Outdoor ceiling fans at | 2/26/2015 | 7 | 6 | 653 | 100.00% | 653 |
| 18 | 1065 | 8 ea, 32" TV Flat Screen | 8/5/2015 | 7 | 6 | 1,520 | 100.00% | 1,520 |
| 19 | 1065 | 20 sets, at $235.00 each Doub | 9/9/2015 | 7 | 6 | 4,300 | 100.00% | 4,300 |
| 20 | 1065 | 20 sets double bed | 10/29/2015 | 7 | 6 | 4,300 | 100.00% | 4,300 |
| 21 | 1065 | Sofa Upholstery | 11/12/2015 | 7 | 6 | 2,900 | 100.00% | 2,900 |
| 22 | 1065 | Kitchen Fryer ($400.00) | 3/9/2015 | 7 | 6 | 2,800 | 100.00% | 2,800 |
| 23 | 1065 | Goodwind split type a/c, 24k B | 6/5/2015 | 7 | 6 | 949 | 100.00% | 949 |
| 24 | 1065 | Midea Split Type Aircon 15 Se | 9/21/2015 | 7 | 6 | 1,450 | 100.00% | 1,450 |
| 25 | 1065 | Floor Buffer Machine | 9/21/2015 | 7 | 6 | 940 | 100.00% | 940 |
| 26 | 1065 | 4 chanel DVR with 4 analog ca | 10/15/2015 | 7 | 6 | 589 | 100.00% | 589 |
| 27 | 1065 | MNT DELL 19" E1913 E SERI | 10/16/2015 | 7 | 6 | 230 | 100.00% | 230 |
| 28 | 1065 | Desktop Computer with OS W | 10/16/2015 | 7 | 6 | 816 | 100.00% | 816 |
| 29 | 1065 | #2 Water Booster Pump Over | 1/30/2015 | 7 | 6 | 2,195 | 100.00% | 2,195 |
| 30 | 1065 | Water Softener #2 | 5/10/2015 | 7 | 6 | 1,000 | 100.00% | 1,000 |
| 31 | 1065 | NEC IPS 2000 CO Interface & | 7/14/2016 | 5 | 5 | 3,803 | 100.00% | 3,803 |
| 32 | 1065 | ELEVATOR PARTS | 5/16/2016 | 7 | 5 | 5,024 | 100.00% | 5,024 |
| 33 | 1065 | Dryer-Maytag | 8/15/2016 | 7 | 5 | 3,995 | 100.00% | 3,995 |
| 34 | 1065 | LAPTOP | 2/18/2016 | 5 | 5 | 671 | 100.00% | 671 |
| 35 | 1065 | NEC PABX CPU Hardware an | 6/16/2016 | 5 | 5 | 4,852 | 100.00% | 4,852 |