LAW OFFICES OF MARK WILLIAMS, P.C.
Suite 102 BankPacific Bldg.
166 West Marine Corps Drive
Dededo, Guam 96929
Tel: (671) 637-9620/1
Facsimile: (671) 637-9660

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
dpress@chung-press.com

# IN THE DISTRICT COURT OF GUAM
## BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | Case No. _____ |
| | (Chapter 11, Subchapter V) |
| BEACH RESORTS, LLC, | |
| | **PETITION FOR *PRO HAC VICE*** |
| Debtor. | **ADMISSION** |

PETITON FOR PRO HAC VICE ADMISSION

COMES NOW DANIEL M. PRESS, and moves pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam, for admission to practice *pro hac vice* in the above-captioned matter before the Bankruptcy Division of the District Court for the Territory of Guam, and submits the following information as required by the Court and its Local Rules.

    1     I do not reside on Guam.

    2.    I am not regularly employed in business, professional or other activities in Guam.

3. I reside in Vienna, Virginia.

4. My office address is: 6718 Whittier Ave. Ste 200, McLean VA 22101.

5. Courts to which I have been admitted to practice and date of admission:

| Court | Date |
|---|---|
| Maryland Court of Appeals | 1/9/1989 |
| District of Columbia Court of Appeals | 8/4/1989 |
| Virginia Supreme Court | 9/16/1994 |
| U.S. Supreme Court | 2/23/1998 |
| U.S. Court of Appeals for the D.C. Circuit | 4/7/1992 |
| U.S. Court of Appeals for the Federal Circuit | 4/12/1991 |
| U.S. Court of Appeals for the Third Circuit | 1/15/2008 |
| U.S. Court of Appeals for the Fourth Circuit | 10/17/1991 |
| U.S. District Court, Eastern District of Virginia | 2/3/1995 |
| U.S. District Court, Western District of Virginia | Reciprocal w/ E.D.Va. |
| U.S. District Court, District of Maryland | 4/27/1990 |
| U.S. District Court, District of Columbia | 6/4/1990 |
| U.S. District Court, District of Puerto Rico | 9/29/1989 |
| U.S. District Court, Northern Dist. of California | 4/15/1992 |
| U.S. District Court, Eastern District of Missouri | 1/30/2004 |
| U.S. District Court, Eastern District of Michigan | 11/12/2003 |
| U.S. District Court, Northern District of Ohio | 5/23/2007 |
| U.S. Court of Federal Claims | 8/2/1990 |
| U.S. Bankruptcy Court, Eastern Dist. of Virginia | 3/19/1996 |
| U.S. Bankruptcy Court, Western Dist. of Virginia | Reciprocal w/ E.D.Va. |

6. I am in good standing and eligible to practice in the above listed courts.

7. I am not currently suspended or disbarred in any other court;

8. I have / have not concurrently or within the year preceding this application made any *pro hac vice* applications to this Court.

9. I designate the following attorney as local counsel in this matter:

Mark Williams, Esq.
The Law Offices of Mark Williams, P.C.
Suite 102 BankPacific Building
166 West Marine Corps Drive
Dededo, Guam 96929
Tel: 671.637-9620/1
Facsimile: 671-637-9660

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2021

                                         /S/ Daniel M. Press
                                         Daniel M. Press

**CONSENT OF DESIGNATED LOCAL COUNSEL**

I, Mark Williams, an attorney and active member in good standing of the Bar of Guam who resides in and has an office in this District, and counsel for Beach Resorts LLC, hereby consent to the foregoing petition of Christopher J. Muzzi for *pro hac vice* admission, and the designation contained herein, pursuant to GNLR 17.1(e), Local Rules of the District Court of Guam.

Dated: July 26, 2021


                                  By:    /S/ Mark Williams
                                               MARK WILLIAMS, Esq.