**Mark Williams, Esq.**
**LAW OFFICES OF MARK E. WILLIAMS, P.C.**
**Suite 102, BankPacific Building**
**166 West Marine Corps Drive**
**Dededo, Guam 96929**
**Telephone:  637-9620**
**Facsimile:   637-9660**

## IN THE DISTRICT COURT OF GUAM
## BANKRUPTCY DIVISION

| | | |
|---|---|---|
| In Re: | ) | BC CASE NO.    12-00041 |
| | ) | |
| | ) | |
| **Beach Resorts LLC** | ) | DECLARATION IN SUPPORT |
| | ) | OF FIRST DAY PLEADINGS |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| _____ | ) | |

I, Bartley Jackson, hereby declare as follows::

1.  I am a principal and the General Manager for Beach Resorts LLC.  I am familiar with the day-to-day operations, business, financial affairs and restructuring efforts, and am authorized to execute this Affidavit on behalf of the Debtor.  I maintain my offices in Tamuning, Guam.

2.  On July 27, 2021, Beach Resorts LLC filed with this Court a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, as well as certain other pleadings (collectively, "the First Day pleadings").

3.     I am authorized by Beach Resorts LLC to submit this affidavit on its behalf in support of the subject petition for relief and First Day pleadings.  All of the facts in this

affidavit are based on my personal knowledge, my review of relevant documents, information supplied to me by other members of Beach Resorts LLCs management team, or professionals retained by Beach Resorts LLC, or my opinion based on my experience and knowledge of Beach Resorts LLC's business and financial condition. If I were called upon to testify, I could and would testify competently to the facts herein.

4. In order to continue its business operations without interruption, it is necessary for Beach Resorts LLC to be authorized to continue payment of wages and benefits to employees, to continue payment of certain utilities, taxes, insurance, and to employ the professional services of a C.P.A., and bankruptcy counsel.

5. Beach Resorts LLC's cash accounts are presently collateralized or subject to a lien, levy, security agreement or similar interest held by the Bank of Guam and recorded liens by the Guam Department of Revenue & Taxation.

6. Beach Resorts LLC is approximately one (1) month delinquent on all accounts for electrical services and utilities, plus any liability for services incurred but not yet billed.

7. The utilities services that arise in the normal and ordinary course of business, and are necessary for Beach Resorts LLC's continued operations effective as of July 27, 2021, include the following service providers:

    Guam Power Authority
    Guam Telephone Authority
    Guam Water Works Authority

        Docomo Inc.
        Pacific Waste
        Xerox Corporation
        Tropical Pool Service
        Marianas Cablevision
        Island Elevator
        AON Insurance
        Selectcare Insurance

8. Beach Resorts LLC also presently has approximately nine (9) employees who are paid on a bi-weekly or other basis, and whose continued employment is essential but not possible unless wages and other benefits are paid in a prompt and timely manner. Said payroll is approximately $8,700.00 per pay period. A true and correct copy of the Employee Roster for Beach Resorts LLC is attached herein and identified as Exhibit "A", and incorporated herein by reference;

9. It is in the best interests of Beach Resorts LLC and its continued viability, for these wages and benefits to be paid in a timely manner to insure continued operations. The actual and necessary costs of preserving the subject estate include wages, salaries and benefits for services rendered after the commencement of this bankruptcy case.

10. Beach Resorts LLC is current on any payment of its obligations for wages, salaries and benefits, including vacation, sick leave and severance pay. And any such obligations which may have been earned during the 90-day period before the filing of the subject petition do not exceed the priority to which such pre-petition wages or associated benefits are entitled under 11 USC §507(a)(3);

11. Beach Resorts LLC is also in need of the professional assistance of an Accountant, Financial Advisor and Bankruptcy Counsel, in order to obtain assistance in post-confirmation matters including but not limited to: preparation of its First-Day pleadings,

preparation for and attendance at creditors meeting(s), preparation of its plan of reorganization, operating report, and other post-confirmation matters.

/s/Bartley Jackson      7/27/21
Bartley Jackson      Date

- EXHIBIT "A" -

**Hotel Santa Fe Guam**

**Payroll Summary for PPE 07/15/2021**

| Employee's Name | Status | Hrly Rate | OT Rate | ND Rate | Part-Time | ND Hrs | Regular Pay | Night Differential Pay | Gross Pay | Federal Withholding | Social Security Employee | Medicare Employee | Health Insurance (pre-tax) | Total Deduction | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jackson, Bartley A. | | 27.69 | | | | | | | 2,400.00 | 0.00 | 148.80 | 34.80 | | 183.60 | 2,216.40 |
| Ramos, Ronald | | 20.77 | | | | | | | 1,800.00 | 0.00 | 111.60 | 26.10 | | 137.70 | 1,662.30 |
| Tsiao, 'Aurora G. | M-2 | 13.85 | | | | | | | 1,200.00 | 35.00 | 74.40 | 17.40 | 6.00 | 132.80 | 1,067.20 |
| Flores, Edward H | **S-0** | 11.60 | | | | | | | 1,005.36 | 93.00 | 62.33 | 14.58 | 3.08 | 172.99 | 832.37 |
| Yamaguchi, Melvin R | M-1 | 10.38 | | | | | | | 899.84 | 23.00 | 55.79 | 13.05 | 9.08 | 100.92 | 798.92 |
| | | | | | | | | | 7,305.20 | 151.00 | 452.92 | 105.93 | 18.16 | 728.00 | 6,577.20 |
| Toves, Annierita | S-3 | 8.85 | 13.28 | 0.25 | 57.50 | 0.00 | 508.88 | 0.00 | 508.88 | 0.00 | 31.55 | 7.38 | | 38.93 | 469.95 |
| Fukunaga, Kenneth | S-1 | 8.75 | 13.13 | 0.25 | 59.50 | 50.00 | 520.63 | 12.50 | 533.13 | 21.00 | 33.05 | 7.73 | | 61.78 | 471.34 |
| Lozano, Fernando | S-1 | 8.75 | 13.13 | 0.25 | 65.00 | 0.00 | 568.75 | 0.00 | 568.75 | 23.00 | 35.26 | 8.25 | | 66.51 | 502.24 |
| Aldan, Tomas | S-2 | 8.75 | 13.13 | 0.25 | 42.00 | 0.00 | 367.50 | 0.00 | 367.50 | 0.00 | 22.79 | 5.33 | | 28.11 | 339.39 |
| | | | | | 224.00 | 50.00 | 1,965.75 | 12.50 | 1,978.25 | 44.00 | 122.65 | 28.68 | 0.00 | 195.34 | 1,782.91 |
| | | | | | | | | | | | | | | | |
| | | | | | | | 1,965.75 | 12.50 | 9,283.45 | 195.00 | 575.57 | 134.61 | 18.16 | 923.34 | 8,360.11 |