**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| IN RE: | BANKRUPTCY CASE NO. 21-00034 |
| BEACH RESORTS, LLC, | ORDER |
| Debtor-in-Possession. | |

The Motion to Shorten Time on Certain Motions of Debtor-in-Possession, ECF No. 8, is **GRANTED**. The court will hear the first day motions on July 30, 2021, at 9:30 a.m. Response to the motions, if any, shall be filed no later than July 29, 2021, at 8:00 a.m., ChST.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
 **Chief Judge**
**Dated: Jul 27, 2021**