LAW OFFICES OF MARK WILLIAMS, P.C.
Suite 102 BankPacific Bldg.
166 West Marine Corps Drive
Dededo, Guam 96929
Tel: (671) 637-9620/1

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800

# THE DISTRICT COURT OF GUAM

| In re: | Bankruptcy Case No. 21-00034 |
|---|---|
| | (Chapter 11, Subchapter V) |
| BEACH RESORTS, LLC, | |
| Debtor. | **ORDER** |

The Petition of Daniel M. Press to appear *pro hac vice* in the District Court of Guam has come regularly before the court for its review pursuant to GNLR 17.1(d), Local Rules of the District Court of Guam.

Upon consideration of the motion and all papers submitted in support thereof, it is hereby ORDERED that the Petition is GRANTED.

Daniel M. Press may appear and participate in the above-captioned matter on behalf of Beach Resorts, LLC.

**SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
 Chief Judge
**Dated: Jul 28, 2021**