THE LAW OFFICES OF DUNCAN G. McCULLY, P.C.
Suite 200, Pan American Bldg.
139 Murray Boulevard
Hagatna, Guam 96910
Tel: (671) 477-7418
Fax: (671) 472-1201
e-mail: mblaw@guam.net

IN THE DISTRICT COURT OF GUAM

BANKRUPTCY DIVISION

IN RE:

BEACH RESORTS, LLC dba
Hotel Santa Fe Guam,

Debtor.

BANKRUPTCY CASE NO. 21-00034
Chapter 13

**OBJECTION TO ALLOW THE USE OF CASH COLLATERAL**

Bank of Guam joins in the United States Trustee's Statement regarding the First Day Motions as it concerns the use of cash collateral and enters its objection to the Debtor's use of such collateral.

Dated this 28th day of July 2021.

THE LAW OFFICES OF
DUNCAN G. McCULLY, P.C.,
Attorneys for Bank of Guam

By: _____
Mark S. Beggs

f# BOG-822