# United States Bankruptcy Court
## District Of Guam

In re **Beach Resorts LLC**
    Debtor*
Address: **PO BOX 9683, TAMUNING, GUAM 96913**

Case No. **21-0034**

Chapter 11
(Small Business)

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): _____

Employer Tax-Identification (EIN) No(s).(if any): **3831**

### ORDER FIXING TIME FOR FILING FOR FILING OBJECTIONS TO THE CONFIRMATION OF THE FIRST AMENDED PLAN, COMBINED WITH NOTICE OF THE HEARING THEREOF

A first amended plan under chapter 11 of the Code having been filed by **Beach Resorts, LLC** on **October 28, 2021** and the debtor being a small business debtor:

IT IS ORDERED, and notice is hereby given, that:

A. **December 17, 2021** is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

B. Within **Seven (7)** days after the entry of this order, the plan, and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States trustee.

C. **January 28, 2022 at 8:00a.m.** is fixed for the hearing on confirmation of the plan.

D. **December 17, 2021** is fixed as the last day for filing and serving written objections to the confirmation of the plan.

Dated: _____

BY THE COURT

_____
United States Bankruptcy Judge

---

\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.