**Mark Williams, Esq.**
**LAW OFFICES OF MARK E. WILLIAMS, P.C.**
**Suite 102 BankPacific Building**
**166 West Marine Corps Drive**
**Dededo, Guam 96929**
**Telephone: 637-9620**
**Facsimile: 637-9660**

**IN THE DISTRICT COURT OF GUAM**
**BANKRUPTCY DIVISION**

| | | |
|---|---|---|
| In Re: | ) | BC CASE NO. 21-00034 |
| | ) | |
| | ) | PLAN PROPONENT'S |
| BEACH RESORTS, LLC | ) | REPORT ON BALLOTING |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

The Debtor hereby submits this Plan Proponent's Report on Balloting.

## I. BACKGROUND

On July 27. 2021, a voluntary petition under Chapter 11 of the Bankruptcy Code was filed by the Debtor. On October 28, 2021 the Debtor filed its First Amended Plan of Reorganization.

On November 10, 2021, the Court entered an Order Fixing Time for Filing Objections to the Confirmation of the First Amended Plan, Combined with Notice thereof.

The Debtor distributed the Proposed Plan and Ballots to all entities and persons listed on the Certificate of Service filed November 17, 2021.

## II. SUMMARY OF PLAN

*A. Summary of Classes*

The Plan provides for the following classes of claims holders:

Class A.  Administrative expense and priority tax claims under § 507(a)(2).

Class B.  Real property tax claim of the Guam Department of Revenue and Taxation ("DRT"), secured by a first-priority statutory lien entitled to priority under § 507(a)(8)),

Class C. Secured claim of the Bank of Guam ("BOG") secured by mortgage on hotel property.

Class D. Claim of the U.S. Department of Treasury - Internal Revenue Service (IRS), to the extent allowed as a secured claim against pre-petition assets of the Debtor under § 506 of the Code.

Class E. Claim of DRT to the extent allowed as a secured claim against pre-petition assets of the Debtor under § 506 of the Code.

Class F. Secured claim of Small Business Administration (SBA) for Covid Relief loan in the amount of $150,000.00.

Class G. All unsecured claims allowed under § 502 of the Code.

Class H. Equity interests of the Debtor in the property of the estate.

The following is a chart identifying each of the classes of creditors, their pre-petition claims (as set forth in their Proof of Claim, if filed) and their proposed treatment under the Plan:

| Class | Impairment | Treatment |
|---|---|---|
| Class A – Administrative Expenses and Priority Tax Claims | Not impaired | Class A claimholder will be paid in full on the Plan Effective Date. |
| Class B – Real Property Tax Claim | Impaired | Class B claimholder will retain its lien and be paid in full with interest at the statutory rate in 4 quarterly payments beginning 90-days after the Plan Effective Date |
| Class C – BOG secured claim | Impaired | Class C claimholder will retain its lien and claim shall be amortized and paid in full in 360 equal monthly installments of P&I at the simple interest rate of 4.25% per annum, beginning on the first day of the first month following the Plan Effective Date. |

| | | |
|---|---|---|
| Class D – IRS secured claim | Impaired | Class D claimholder will retain its lien and shall be paid in full at the statutory 3% interest rate, and paid pro-rata using the surplus of after-tax revenues, after payments to above Classes A-C and F and Administrative Claims. The amounts that are priority taxes absent a lien shall be paid in full within 5 years of the petition date with the balance to be paid within 5 years of the Plan Effective Date |
| Class E - DRT secured claim | Impaired | Class E claimholder will be paid in full at the statutory 3% interest rate, and paid pro-rata using the surplus of after-tax revenues, after payments to above Classes A-C and F and Administrative Claims. The amounts that are priority taxes absent a lien shall be paid in full within 5 years of the petition date with the balance to be paid within 5 years of the Plan Effective Date |
| Class F - SBA | Not impaired | Class F claimholder will retain its lien and shall be repaid in accordance with the loan terms and applicable law. |
| Class G – General Unsecured Creditors | Impaired | Class G claimholders will be paid in full without interest, and paid pro-rata on a quarterly basis using the surplus of after-tax revenues, after payments to above Classes A-F and Priority Tax and Administrative Claims. These amounts shall be paid in full within 5 years of the Plan Effective Date |

| Class H – Equity Interests | Not impaired | Class H claimholders will retain their equity interests in the Reorganized Debtor. |
|---|---|---|

### III. BALLOTING

The deadline for filing a ballot was December 17, 2021. The results of the ballots are as follows:

| Class | Members Of Class Casting Ballots | Total $ Value of Claims Voting | # Accepting | % Accepting | $Value Accepting | % of Value Accepting | # Rejecting | % Rejecting | $Value Rejecting | % of Value Rejecting | State if Claim Is Un-impaired |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A: Priority non-tax | - | - | - | - | - | - | - | - | - | - | Yes |
| B: Real Prop. Tax | - | - | - | - | - | - | - | - | - | - | |
| C: BOG secured | 1 | 3,434,800.17 | 0 | 0% | 0 | 0% | 1 | 100% | 3,434,800.17 | 100% | |
| D: IRS secured | - | - | - | - | - | - | - | - | - | - | |
| E: Guam DRT secured | - | - | - | - | - | - | - | - | - | - | |
| F: SBA Secured | - | - | - | - | - | - | - | - | - | - | Yes |
| G: Gen unsecured | 2* | 21,456.96 | 2 | 100% | 21,456.96 | 100% | 0 | 0% | 0 | 0% | |
| H: Equity Interests | - | - | - | - | - | - | - | - | - | - | Yes |

I hereby certify that this ballot summary sets forth an accurate and complete tabulation of all ballots received by the debtor as to rejection and acceptance of the Plan, by class of creditors and interests with number and total amount of claims or interests in each category.

Dated: 1/13/22                                /s/ Mark Williams
                                                                          Mark Williams
                                                                          Counsel for Debtor

*Both of the ballots in Class G voted to accept, as follows:
Arriola Law Firm (scheduled as Arriola, Cowan & Arriola): $13,347.59
Pacific Grocers (Claim #1): $8109.37