IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 21-00034 |
| | ) | Chapter 11 |
| | ) | |
| BEACH RESORTS LLC, | ) | |
| | ) | **NOTICE OF HEARING** |
| Debtor. | ) | |
| | ) | |

PLEASE TAKE NOTICE that the following proceedings have been scheduled/rescheduled as noted:

| Docket No. | Type of Proceeding | Date and Time Previously Scheduled | Continued to Date and Time |
|---|---|---|---|
| 71 | Objection to Claim Number 14 by Claimant Government of Guam | June 7, 2022 9:00 a.m. | July 26, 2022 9:00 a.m. CHST |
| 52 | Confirmation of First Amended Chapter 11 Small Business Subchapter V Plan | June 7, 2022 9:00 a.m. | July 26, 2022 9:00 a.m. CHST |
| 76 | Motion to Assume Lease or Executory Contract | June 7, 2022 9:00 a.m. | July 26, 2022 9:00 a.m. CHST |

Dated 24 May 2022.

JEANNE G. QUINATA, Clerk of Court

By: */s/ Francine A. Diaz*
FRANCINE A. DIAZ
Deputy Clerk