Kathlyn Selleck, Subchapter V Trustee
P. O. Box 315396
Tamuning, Guam 96931
Phone: (671) 689-8380
E-mail: cetguam@gmail.com

# IN THE DISTRICT COURT OF GUAM
# BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>BEACH RESORTS, LLC,<br><br>        Debtor-in-Possession. | Case No. 21-00034<br>(Chapter 11)<br><br>Hearing:<br>Date: September 8, 2022 ChST<br>         September 7, 2022 AZ<br><br>Time: 9:00 a.m. ChST / 4:00 p.m. AZ<br>Judge: Hon. Daniel P. Collins |

NOTICE OF HEARING RE: SUBCHAPTER V TRUSTEE'S FINAL FEE APPLICATION FOR PERIOD DECEMBER 30, 2021 THROUGH AUGUST 9, 2022

Please take notice that a hearing on the SUBCHAPTER V TRUSTEE'S FINAL FEE APPLICATION FOR PERIOD DECEMBER 30, 2021 THROUGH AUGUST 9, 2022 ("Application"), Dkt. #114, will come on before the Honorable Daniel P. Collins on September 8, 2022, 9:00 a.m. ChST in the Courtroom located at the District Court of Guam, 4th Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagatna, Guam 96910. You are invited but are not required to attend. Below is the zoom information:

Join ZoomGov Meeting

https://www.zoomgov.com/j/1610997756?pwd=bG1NVm1Ub3psbHJVenJITExLQlFVZz09

Meeting ID: 161 099 7756

Passcode: 879044

**Your rights may be affected**.  You should read the Application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceedings.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want to the Court to consider your views on the motion, then you or your attorney must file with the Court a statement explaining your position not later than August 25, 2022 (14 days before the scheduled hearing on the Application).  You must send a copy to the moving party:

> Kathlyn Selleck, Subchapter V Trustee
> P. O. Box 315396
> Tamuning, Guam 96931
> Phone:  (671) 689-8380
> E-mail: cetguam@gmail.com

and a copy to:

> Neil Verbrugge,
> Office of the United States Trustee

1132 Bishop Street, Suite 602  
Honolulu, Hawaii 96813  
Neil.Verbrugge@usdoj.gov

Any opposition or statement of position not timely filed with the Court and served on the moving party may be deemed waived. If you do not take the steps above, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

If no objection to the relief sought is filed by the deadline stated above, the Court may cancel the hearing (although certain types of motions will remain on the Court's calendar). If the hearing is canceled, the Court may grant the relief if the moving party promptly files a Declaration and Request for Entry of an Order.

DATED: Guam, August 9, 2022

By: /s/*Kathlyn Selleck*