Kathlyn Selleck, Subchapter V Trustee
P. O. Box 315396
Tamuning, Guam 96931
Phone: (671) 689-8380
E-mail: cetguam@gmail.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT COUT OF GUAM

| | |
|---|---|
| In re | ) CASE NO. 21-00034 |
| | ) (Chapter 11, Subchapter V) |
| BEACH RESORTS, LLC, | ) |
| Debtor. | ) |
| | ) Judge: Hon. DANIEL P. COLLINS |

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Hearing Re: Subchapter V Trustee's Final Fee Application for Period December 30, 2021 Through August 9, 2022 was duly served upon the following by depositing the same in the United States mail, postage prepaid on August 9, 2022 and August 10, 2022.

SEE ATTACHED

DATED: Guam, August 10, 2022

/s/ Kathlyn Selleck
Subchapter V Trustee

Bic Sobti & International Royal, INC. DBA: R
456 South Marine Corps Drive Ste. 103
Barrigada, Gu 96913-3822

Bank Of Guam
co The Law Offices of Duncan G. McCully
434 W. O'Brien Drive, Suite 201
Ada Cliffline Office Building C
Hagatna, GU 96910-5090

Beach Resorts LLC
PO Box 9683
Tamuning, GU 96931-5683

Ramon A. Matanane Trust
c/o Pacific Law Professionals, PLLC
277 Chalan Santo Papa
Hagatna, GU 96910-5115

Edward T. Quichocho Trust
c/o Pacific Law Professionals, PLLC
277 Chalan Santo Papa
Hagatna, GU 96910-5115

Guam Waterworks Authority
P.O. Box 3010
Hagatna, GU 96932-3010

AON Insurance
718 North Marine Corps Drive, Suite 306
Barrigada, GU 96913-4425

Tax Commissioner of the Department of Revenu
c/o Fred Nishihira
Office of the Attorney General of Guam
590 South Marine Corps Drive
Tamuning, Gu 96913-3537

B&G Pacific
1296 Pale San Vitores Road
Tamuning, GU 96913-4252

BANK OF GUAM
co The Law Offices of Duncan G. McCully   434 W. O'Brien Drive, Suite 201
Ada Cliffline Office Building C
Hagatna, Guam 96910-5090

(p)ARRIOLA LAW FIRM
ATTN ANITA P ARRIOLA
259 MARTYR STREET
SUITE 201
HAGATNA GU 96910-5200

Bank of Guam
PO Box BW
Hagatna, GU 96932-7597

Bruce Reynolds
222 CHALAN SANTO PAPA #304,
Barrigada, GU 96913

Bank of Guam
111 Chalan Santo Papa
Hagatna, GU 96910-5198

Brooks Concepcion Law PC
247 Martyr St
Hagatna, GU 96910-7100

Choice Phone LLC / Choice Radio Inc,
543 S Marine Corps Dr,
Barrigada, GU 96913

Booking.com
B.V.. Herengracht
597 1017 CE
Amsterdam Netherlands,

Chih-Cheng Tsiao
PO box 12035
Tamuning, GU 96931-2035

David J. John
120 Father Duenas Avenue Capitol Plaza S
Hagatna, GU 96910

Carrier Guam, Inc.
188 Tun Joaquin Flores Road
Barrigada, GU 96913-4100

(c)CRUZ, SISON & TERLAJE, PLLC
MVP BUSINESS CTR.
777 ROUTE 4 STE 201
SINAJANA GU   96910-3345

Dept. of Revenue & Taxation
Treasurer of Guam-Property Tax
P.O. Box 23607, GMF
Barrigada, GU 96921-3607

Community First
238 AFC Flores St. Suite 102
Hagatna, GU 96910-5210

Dept. of Revenue & Taxation
Treasurer of Guam-Occupancy Tax
P.O. Box 23607, GMF Barrigada,
GU 96921-3607

Dept of Revenue & Taxation
Government of Guam
PO Box 23607
Barrigada, GU 96921-3607

Docomo Pacific
219 S. Marine Corp Dr. Ste.206
Tamuning, GU 96913-3927

Dept. of Revenue & Taxation
Treasurer of Guam-W1
P.O. Box 23607, GMF
Barrigada, GU 96921-3607

| | | |
|---|---|---|
| Dongbu Insurance Co. Ltd -Moylan's Insu<br>Julale Shopping Center, Ste. 102<br>424 W. O'Brien Dr<br>Hagatna, GU 96910-5078 | Dynamic Ventures dba Quality Distributors<br>PO Box 8780<br>Tamuning, GU 96931-8780 | EcoLab LLC<br>193 Rojas Street, Harmon Industrial Park<br>Tamuning, GU 96931 |
| Edward T. Quichocho Trust u/d/t<br>PO Box 12823<br>Barrigada, GU 96913 | Eleven Eleven Website Design & Development<br>6429 2nd Palm Pt,<br>Saint Petersburg, FL 33706-2119 | Equifax<br>Dispute Dept.<br>PO Box 740243<br>Atlanta, GA 30374-0243 |
| Evertrade<br>Unit E #311 E. Harmon Industrial Pa<br>Barrigada, GU 96913 | Expedia Partner Central<br>Hotel ID: 475469<br>333 108th Avenue NE<br>Bellevue, WA 98004-5703 | Experian<br>Profile Maintenance<br>PO Box 9558<br>Allen, TX 75013-9558 |
| GMHA<br>850 GOV CARLOS CAMACHO ROAD<br>Barrigada, GU 96913-3128 | GPF Corporation<br>110 Chalan Ibang,<br>Dededo, GU 96929 | Guahan Waste Control, Inc.<br>229 Rojas St.<br>Barrigada, GU 96913 |
| Guam Hotel and Restaurant Association<br>962 Pale San Vitores Road,Suite 202<br>Barrigada, GU 96913-4062 | Guam International Airport Authority<br>355 Chalan Pasaheru B224-A<br>Barrigada, GU 96913-4153 | Guam Power Authority<br>PO.Box 21868<br>Barrigada, GU 96921-1868 |
| Guam Regional Medical Center<br>133 Biradan Anakko 3d St<br>Dededo, GU 96912 | Guam Regional Medical City<br>543 Chalan Guma Yu'os<br>Tamuning, GU 96913-3630 | Guam Telephone Authority<br>624 North Marine Corps Drive<br>Tamuning, GU 96913-4401 |
| Guam Waterworks Authority<br>Gloria B. Nelson Public Service Building<br>688 Route 15, Suite 304<br>Mangilao, Guam 96913-6203 | Hertz Rent a Car<br>2nd Flr North Building, 1255 Pale San Vi<br>Barrigada, GU 96913-4208 | IP&E Holdings<br>Se 100 643 Chalan San Antonio,<br>Barrigada, GU 96913 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Island Elevator<br>1322 Chalan Kanton Tasi<br>Merizo, GU 96915 | KIAN Corporation<br>121 Detcha Ct.<br>Barrigada, GU 96913 |
| Laser Tech Pacific<br>718 NORTH MARINE CORPS DRIVE STE D305 E<br>Barrigada, GU 96913-4425 | M&D Web Creations<br>P.O. Box 5193<br>Hagatna, GU 96932-8660 | MCB Inc.<br>209 Hesler Pl,<br>Hagatna, GU 96910-5033 |
| Marianas Cablevision<br>467 Harmon Loop<br>Yigo, GU 96929 | MegaByte Computer Smart Company<br>720 S Marine Corps Dr,<br>Tamuning, GU 96913-3541 | National Office Supply<br>P.O. Box 3767,<br>Hagatna, GU 96932-3767 |

| | | |
|---|---|---|
| One Pacific Inc.<br>45 Chalan San Antonio Ste 312.<br>Barrigada, GU 96913 | PDS Pacific Data Systems<br>121 Robat Street, Suite 101,<br>Hagatna, GU 96910-3023 | Pacific Grocers<br>dba Jae Hoon Corporation<br>196 Juan C Fejeran St.<br>Barrigada, GU 96913-1425 |
| Pacific Produce Corporation<br>E., 220 Harmon Industrial Park Rd,<br>Barrigada, GU 96913-4438 | Pacific Waste Systems, Inc.<br>265 Mamis St,<br>Barrigada, GU 96913-3703 | Pepsi Cola Bottling Company<br>210 ROJAS ST HARMON INDUSTRIAL PARK<br>Tamuning, GU 96913 |
| Pestex Guam<br>208 GOV CARLOS CAMACHO RD<br>Barrigada, GU 96913 | Quality Distributors<br>P.O. Box 8780,<br>Tamuning, GU 96931-8780 | Raca LLC<br>2020 Paint Pony Ct,<br>Grand Junction, CO 81507-8778 |
| Rakuten Travel Guam<br>uite 241, 1275 Pale San Vitores Road,<br>Barrigada, GU 96913-4234 | Rambie's Fast Food<br>1088 W Marine Corps Dr<br>Yigo, GU 96929-5538 | Ramon A. Matanane Trust<br>c/o Pacific Law Professionals, PLLC<br>277 Chalan Santo Papa<br>Hagatna, Guam 96910-5115 |
| | Shiby Inc.<br>P.O. Box 9306,<br>Yigo, GU 96929 | Sora Tech<br>9011 N. University, Suite F<br>Peoria, IL 61615-1662 |
| South Pacific Petroleum Corporation<br>816 N. Marine Corps Dr Eva Bldg. #2<br>Barrigada, GU 96913-4431 | Superior Court of Guam<br>Attn: Clerk of Court<br>424 W Obrien Dr<br>Hagatna, GU 96910-5078 | THE LAW OFFICES OF DUNCAN G. McCULLY, P.C.<br>434 W. O'Brien Drive<br>Suite 201, Ada Cliffline Office Bldg. C<br>Hagatna, Guam USA 96910-5090 |
| TRI Holdings, LLC<br>396 Chalan San Antonio<br>Ste. 203<br>Tamuning, GU 96913-3308 | Tai's Bros. Corp.<br>dba Taico Lease<br>482 Pale San Vitores<br>Tamuning, GU 96913-4003 | Transunion<br>Customer Relations<br>PO Box 2000<br>Crum Lynne, PA 19022 |
| Tropical Pool Service<br>PO Box 8589<br>Tamuning, GU 96931-8589 | U.S Dept. of Justice<br>950 Pennsylvania Avenue NW<br>washington, DC 20530-0001 | (p)U S SMALL BUSINESS ADMINISTRATION<br>400 ROUTE 8 STE 302<br>HAGATNA GU 96910-2003 |
| Utilities Service Specialists Inc.<br>201 Ilipog St.<br>Barrigada, GU 96913-4165 | VCe Pacific Corpoation<br>P.O. Box 24493<br>Barrigada, GU 96921-4493 | WISP Guam, Inc.<br>GCIC Building 414 W. Soledad Ave<br>Hagatna, GU 96910 |
| Xerox Corporation<br>135 Murray Blvd Suite 100 Hagatna,<br>GU 96910-5104 | Mark Williams<br>P. O. Box 21298<br>Barrigada, GU 96921-1298 | Daniel M Press<br>Chung & Press, P.C.<br>6718 Whittier Ave. #200<br>McLean, VA 22101-4531 |