LAW OFFICES OF MARK WILLIAMS, P.C.
Suite 102 BankPacific Bldg.
166 West Marine Corps Drive
Dededo, Guam 96929
Tel: (671) 637-9620/1
Facsimile: (671) 637-9660

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
703-734-0590 fax
dpress@chung-press.com

IN THE DISTRICT COURT OF GUAM
BANKRUPTCY DIVISION

| | |
|---|---|
| **In re:** | **Case No. 21-00034** |
| | **(Chapter 11, Subchapter V)** |
| **BEACH RESORTS, LLC,** | |
| **Debtor.** | |

CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Hearing Re: FIRST AND FINAL APPLICATION FOR COMPENSATION OF CHUNG & PRESS, P.C. AS COUNSEL FOR DEBTOR was duly served upon the following by depositing the same in the United States mail, postage prepaid on August 18, 2022.

SEE ATTACHED MATRIX.

The FIRST AND FINAL APPLICATION FOR COMPENSATION OF CHUNG & PRESS, P.C. AS COUNSEL FOR DEBTOR was also served on the Debtor by first class

mail and email, and was served on the U.S. Trustee, Subchapter V Trustee, and all other parties requesting such service by CM/ECF on August 16, 2022.

Dated: August 18, 2022.

Respectfully submitted,

/s/ Daniel M. Press_____
Daniel M. Press
Counsel for Debtor-in-Possession

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0993-1<br>Case 21-00034<br>District Court of Guam<br>Hagatna<br>Thu Aug 18 09:11:22 ChST 2022 | Bank Of Guam<br>co The Law Offices of Duncan G. McCully<br>434 W. O'Brien Drive, Suite 201<br>Ada Cliffline Office Building C<br>Hagatna, GU 96910-5090 | Beach Resorts LLC<br>PO Box 9683<br>Tamuning, GU 96931-5683 |
| Bic Sobti & International Royal, INC. DBA: R<br>456 South Marine Corps Drive Ste. 103<br>Barrigada, Gu 96913-3822 | Edward T. Quichocho Trust<br>c/o Pacific Law Professionals, PLLC<br>277 Chalan Santo Papa<br>Hagatna, GU 96910-5115 | Guam Waterworks Authority<br>P.O. Box 3010<br>Hagatna, GU 96932-3010 |
| Ramon A. Matanane Trust<br>c/o Pacific Law Professionals, PLLC<br>277 Chalan Santo Papa<br>Hagatna, GU 96910-5115 | Tax Commissioner of the Department of Revenu<br>c/o Fred Nishihira<br>Office of the Attorney General of Guam<br>590 South Marine Corps Drive<br>Tamuning, Gu 96913-3507 | Office of the Clerk<br>520 W. Soledad Ave.<br>4th Floor, U.S. Courthouse<br>Hagatna, GU 96910-4916 |
| AON Insurance<br>718 North Marine Corps Drive, Suite 306<br>Barrigada, GU 96913-4425 | (p)ARRIOLA LAW FIRM<br>ATTN ANITA P ARRIOLA<br>259 MARTYR STREET<br>SUITE 201<br>HAGATNA GU 96910-5200 | B&G Pacific<br>1296 Pale San Vitores Road<br>Tamuning, GU 96913-4252 |
| BANK OF GUAM<br>co The Law Offices of Duncan G. McCully<br>434 W. O'Brien Drive, Suite 201<br>Ada Cliffline Office Building C<br>Hagatna, Guam 96910-5090 | Bank of Guam<br>111 Chalan Santo Papa<br>Hagatna, GU 96910-5198 | Bank of Guam<br>PO Box BW<br>Hagatna, GU 96932-7597 |
| Bic Sobti<br>456 South Marine Corps Dr. Ste. 103<br>Barrigada, GU 96913-3822 | Booking.com<br>B.V.. Herengracht<br>597 1017 CE<br>Amsterdam Netherlands, | Brooks Concepcion Law PC<br>247 Martyr St<br>Hagatna, GU 96910-7100 |
| Bruce Reynolds<br>222 CHALAN SANTO PAPA #304,<br>Barrigada, GU 96913 | Carrier Guam, Inc.<br>188 Tun Joaquin Flores Road<br>Barrigada, GU 96913-4100 | Chih-Cheng Tsiao<br>PO box 12035<br>Tamuning, GU 96931-2035 |
| Choice Phone LLC / Choice Radio Inc,<br>543 S Marine Corps Dr,<br>Barrigada, GU 96913 | Community First<br>238 AFC Flores St. Suite 102<br>Hagatna, GU 96910-5210 | (c)CRUZ, SISON & TERLAJE, PLLC<br>MVP BUSINESS CTR.<br>777 ROUTE 4 STE 201<br>SINAJANA GU 96910-3345 |
| David J. John<br>120 Father Duenas Avenue Capitol Plaza S<br>Hagatna, GU 96910 | Dept of Revenue & Taxation<br>Government of Guam<br>PO Box 23607<br>Barrigada, GU 96921-3607 | Dept. of Revenue & Taxation<br>Treasurer of Guam-Occupancy Tax<br>P.O. Box 23607, GMF<br>Barrigada, GU 96921-3607 |
| Dept. of Revenue & Taxation<br>Treasurer of Guam-Property Tax<br>P.O. Box 23607, GMF<br>Barrigada, GU 96921-3607 | Dept. of Revenue & Taxation<br>Treasurer of Guam-W1<br>P.O. Box 23607, GMF<br>Barrigada, GU 96921-3607 | Docomo Pacific<br>219 S. Marine Corp Dr. Ste.206<br>Tamuning, GU 96913-3927 |

Dongbu Insurance Co. Ltd -Moylan's Insu
Julale Shopping Center, Ste. 102
424 W. O'Brien Dr
Hagatna, GU 96910-5078

Dynamic Ventures dba Quality Distributors
PO Box 8780
Tamuning, GU 96931-8780

EcoLab LLC
193 Rojas Street, Harmon Industrial Park
Tamuning, GU 96931

Edward T. Quichocho Trust u/d/t
PO Box 12823
Barrigada, GU 96913

Eleven Eleven Website Design & Development
6429 2nd Palm Pt,
Saint Petersburg, FL 33706-2119

Equifax
Dispute Dept.
PO Box 740243
Atlanta, GA 30374-0243

Evertrade
Unit E #311 E. Harmon Industrial Pa
Barrigada, GU 96913

Expedia Partner Central
Hotel ID: 475469
333 108th Avenue NE
Bellevue, WA 98004-5703

Experian
Profile Maintenance
PO Box 9558
Allen, TX 75013-9558

GMHA
850 GOV CARLOS CAMACHO ROAD
Barrigada, GU 96913-3128

GPF Corporation
110 Chalan Ibang,
Dededo, GU 96929

Government of Guam
Fred Nishihira
Suite 901, ITC Building
Tamuning, GU  96913

Guahan Waste Control, Inc.
229 Rojas St.
Barrigada, GU 96913

Guam Hotel and Restaurant Association
962 Pale San Vitores Road,Suite 202
Barrigada, GU 96913-4062

Guam International Airport Authority
355 Chalan Pasaheru B224-A
Barrigada, GU 96913-4153

Guam Power Authority
PO.Box 21868
Barrigada, GU 96921-1868

Guam Regional Medical Center
133 Biradan Anakko 3d St
Dededo, GU 96912

Guam Regional Medical City
543 Chalan Guma Yu'os
Tamuning, GU 96913-3630

Guam Telephone Authority
624 North Marine Corps Drive
Tamuning, GU 96913-4401

Guam Waterworks Authority
Gloria B. Nelson Public Service Building
688 Route 15, Suite 304
Mangilao, Guam 96913-6203

Hertz Rent a Car
2nd Flr North Building, 1255 Pale San Vi
Barrigada, GU 96913-4208

IP&E Holdings
Se 100 643 Chalan San Antonio,
Barrigada, GU 96913

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Island Elevator
1322 Chalan Kanton Tasi
Merizo, GU 96915

KIAN Corporation
121 Detcha Ct.
Barrigada, GU 96913

Laser Tech Pacific
718 NORTH MARINE CORPS DRIVE  STE D305 E
Barrigada, GU 96913-4425

M&D Web Creations
P.O. Box 5193
Hagatna, GU 96932-8660

MCB Inc.
209 Hesler Pl,
Hagatna, GU 96910-5033

Marianas Cablevision
467 Harmon Loop
Yigo, GU 96929

MegaByte Computer Smart Company
720 S Marine Corps Dr,
Tamuning, GU 96913-3541

| | | |
|---|---|---|
| National Office Supply<br>P.O. Box 3767,<br>Hagatna, GU 96932-3767 | Office of the Attorney General<br>Attn: Civil Division - Atty. Fred Nishih<br>590 S. Marine Corps Drive, Ste. 801<br>Tamuning, Guam 96913-3537 | One Pacific Inc.<br>45 Chalan San Antonio Ste 312.<br>Barrigada, GU 96913 |
| PDS Pacific Data Systems<br>121 Robat Street, Suite 101,<br>Hagatna, GU 96910-3023 | Pacific Grocers<br>dba Jae Hoon Corporation<br>196 Juan C Fejeran St.<br>Barrigada, GU 96913-1425 | Pacific Produce Corporation<br>E., 220 Harmon Industrial Park Rd,<br>Barrigada, GU 96913-4438 |
| Pacific Waste Systems, Inc.<br>265 Mamis St,<br>Barrigada, GU 96913-3703 | Pepsi Cola Bottling Company<br>210 ROJAS ST HARMON INDUSTRIAL PARK<br>Tamuning, GU 96913 | Pestex Guam<br>208 GOV CARLOS CAMACHO RD<br>Barrigada, GU 96913 |
| Quality Distributors<br>P.O. Box 8780,<br>Tamuning, GU 96931-8780 | Raca LLC<br>2020 Paint Pony Ct,<br>Grand Junction, CO 81507-8778 | Rakuten Travel Guam<br>uite 241, 1275 Pale San Vitores Road,<br>Barrigada, GU 96913-4234 |
| Rambie's Fast Food<br>1088 W Marine Corps Dr<br>Yigo, GU 96929-5538 | Ramon A. Matanane Trust<br>c/o Pacific Law Professionals, PLLC<br>277 Chalan Santo Papa<br>Hagatna, Guam 96910-5115 | Royal Bics<br>456 South Marine Corps Dr. Ste. 103<br>Barrigada, GU 96913-3822 |
| Shiby Inc.<br>P.O. Box 9306,<br>Yigo, GU 96929 | Sora Tech<br>9011 N. University, Suite F<br>Peoria, IL 61615-1662 | South Pacific Petroleum Corporation<br>816 N. Marine Corps Dr Eva Bldg. #2<br>Barrigada, GU 96913-4431 |
| Superior Court of Guam<br>Attn: Clerk of Court<br>424 W Obrien Dr<br>Hagatna, GU 96910-5078 | THE LAW OFFICES OF DUNCAN G. McCULLY, P.C.<br>434 W. O'Brien Drive<br>Suite 201, Ada Cliffline Office Bldg. C<br>Hagatna, Guam USA 96910-5090 | TRI Holdings, LLC<br>396 Chalan San Antonio<br>Ste. 203<br>Tamuning, GU 96913-3308 |
| Tai's Bros. Corp.<br>dba Taico Lease<br>482 Pale San Vitores<br>Tamuning, GU 96913-4003 | Transunion<br>Customer Relations<br>PO Box 2000<br>Crum Lynne, PA 19022 | Tropical Pool Service<br>PO Box 8589<br>Tamuning, GU 96931-8589 |
| U.S Dept. of Justice<br>950 Pennsylvania Avenue NW<br>washington, DC 20530-0001 | U.S. Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Internal Revenue Service<br>Ponce de Leon Ave., Stop 27 1/2<br>Hato Rey, PR 00917 |
| U.S. Small Business Administration<br>200 W. Santa Ana Blvd., Ste 740<br>Santa Ana, CA 92701-7534 | (p)U S SMALL BUSINESS ADMINISTRATION<br>400 ROUTE 8 STE 302<br>HAGATNA GU 96910-2003 | United States Attorneys Office,<br>Sirena Plaza<br>108 Hernan Cortez<br>Hagatna, Guam 96910-5059 |

| | | |
|---|---|---|
| Utilities Service Specialists, Inc.<br>201 Ilipog St., Suite 202B<br>Tamuning, GU 96913-4165 | VCe Pacific Corpoation<br>P.O. Box 24493<br>Barrigada, GU 96921-4493 | WISP Guam, Inc.<br>GCIC Building 414 W. Soledad Ave<br>Hagatna, GU 96910 |
| Xerox Corporation<br>135 Murray Blvd Suite 100<br>Hagatna, GU 96910-5104 | Curtis Ching<br>Office of the U.S. Trustee<br>First Hawaiian Tower<br>1132 Bishop Street, Suite 602<br>Honolulu, HI 96813-2830 | Daniel M Press<br>Chung & Press, P.C.<br>6718 Whittier Ave. #200<br>McLean, VA 22101-4531 |
| Kathlyn Selleck<br>PO Box 315396<br>Tamuning, GU 96931-3296 | Neil J. Verbrugge<br>Office of the U.S. Trustee<br>1132 Bishop St., Suite 602<br>Honolulu, HI 96813-2830 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Arriola, Cowan & Arriola<br>259 Martyr Street Suite 201<br>Hagatna, GU 96910 | U.S. Small Business Administration<br>First Hawaiian Bank Bldg<br>400 Route 8, Ste. 302<br>Maite, GU 96910 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Cruz, Sison & Terlaje, PLLC
777 Route 4, Ste. 10B
MVP Business Ctr.
Sinajana, GU 96910

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Guam Power Authority | (u)Edward T. Quichocho Trust u/d/t | (d)Guam WaterWorks Authority<br>P.O. Box 3010<br>Hagatna, GU 96932-3010 |
| (u)Mark E. Williams<br>Law Offices of Mark E. Williams, P.C.<br>166 W.Marine Dr<br>102 BankPacific Bldg<br>Dededo96912 Guam | End of Label Matrix<br>Mailable recipients     97<br>Bypassed recipients      4<br>Total                  101 | |