# IN THE DISTRICT COURT OF GUAM

## BANKRUPTCY DIVISION

| | |
|---|---|
| In re<br><br>BEACH RESORTS, LLC,<br><br>    Debtor-in-Possession. | Case No. 21-00034<br>(Chapter 11) (Subchapter V) |

**ORDER GRANTING FINAL APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR**

This matter having come before the Court on an application filed by Chung & Press, P.C. as counsel to Beach Resorts, LLC, Debtor and Debtor-in-Possession, for final allowance of attorneys' fees covering the period from July 27, 2021, through August 2, 2022, in the amount of $27,819, for actual, necessary services rendered, notice having been sent to the Debtor, creditors and parties in interest, and no objections having been filed, IT IS hereby

ORDERED, that Chung & Press, P.C., be and hereby is authorized compensation in the amount of $27,819, for actual, necessary services rendered, to be paid from the fee advance in local

1

counsel's trust account, and from the surplus held by the Subchapter V Trustee after payment of her approved fees in full, with the balance to be paid by Debtor as an administrative expense.

END OF ORDER

**Dated:  September 7, 2022**

*/s/ Daniel P. Collins*
_____
**HONORABLE DANIEL P. COLLINS**
**U.S. BANKRUPTCY JUDGE**

Submitted by:

Daniel M. Press
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com