# IN THE DISTRICT COURT OF GUAM

## BANKRUPTCY DIVISION

| | |
|---|---|
| In re | Case No. 21-00034 <br> (Chapter 11) |
| BEACH RESORTS, LLC, | |
| Debtor-in-Possession. | AMENDED ORDER APPROVING SUBCHAPTER V TRUSTEE'S FINAL FEE APPLICATION FOR PERIOD DECEMBER 30, 2021 THROUGH AUGUST 9, 2022 |

Before the court is the Final Fee Application for the Subchapter V Trustee, Kathlyn Selleck, for the Period December 30, 2021 through August 9, 2022 ("Application"). Notice given by the Subchapter V Trustee of the Application was adequate and proper. There was no objection to the Application. The Court finds good cause to grant the Application.

Case 21-00034   Document 125   Filed 09/13/22   Page 1 of 3

Therefore, it is hereby ORDERED that the Application is GRANTED, and the following is ORDERED:

1.  **Award of Compensation**.  Finding the compensation and reimbursement for expenses to be reasonable and allowed under Section 330 and Section 503(b) of the Bankruptcy Code, and for any additional reasons stated on the record pursuant to Fed. R. Bankr. Pro. 7052, the Court allows and awards the amounts (stated in US Dollars) below to the Subchapter V Trustee, Kathlyn Selleck, for the period December 30, 2021 through August 9, 2022:

      (a)    Fees:  $2,280

      (b)    Expenses $75.38

2.  **Disbursements from Budgeted Set-Aside Account**.  Pursuant to the terms of the Interim Order Authorizing Use of Cash Collateral entered on August 4, 2021, Dkt. #31, the Debtor was required to "set aside or pay to the Subchapter V Trustee to be held in escrow towards her fee the sum of $2,000 per month" (the "Budgeted Set-Aside Account").  Upon entry of this order, in order to satisfy any amounts awarded herein to the Subchapter V Trustee, the Debtor-in-Possession and the Subchapter V Trustee are authorized to disburse from the "Budgeted Set-Aside Account" to the Subchapter V Trustee the total amount of $2,355.38 (the sum of fees of $2,280 and expenses of $75.38).  The balance of the "Budgeted Set-

Case 21-00034   Document 125   Filed 09/13/22   Page 2 of 3

Aside Account" in the amount of $19,844.62 (the "surplus") will be paid by the

Subchapter V Trustee from the Budgeted Set Aside Account to Chung & Press,

P.C. pursuant to the terms of Court Order, Docket #121.

**END OF ORDER**

Dated: **September 12, 2022**

**HONORABLE DANIEL P. COLLINS**
**U.S. BANKRUPTCY JUDGE**

APPROVED AS TO FORM:

/s/Daniel M. Press
Daniel M. Press
Chung and Press, P.C.

SUBMITTED BY:

Kathlyn Selleck,
SUBCHAPTER V TRUSTEE
P. O. Box 315396
Tamuning, Guam 96931
Phone: (671) 689-8380
E-mail: cetguam@gmail.com

3